DCalvo.Ind

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

05-00016

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. _____ |
| Plaintiff, | **INDICTMENT** |
| v. | **ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** |
| DUANE ANTHONY CALVO, RAYMOND GERALD LIZAMA CALVO, and JOHN ~~TRACY~~ TROY SANTOS, | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846] |
| Defendants. | |

THE GRAND JURY CHARGES:

### ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about February 18, 2005, in the District of Guam, the defendants herein, DUANE ANTHONY CALVO, RAYMOND GERALD LIZAMA CALVO, and JOHN ~~TRACY~~ TROY SANTOS, did unlawfully and knowingly attempt to possess with intent to distribute approximately 2 kilos net weight of methamphetamine hydrochloride, a Schedule II

//
//
//
//

ORIGINAL

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

Dated this 23rd day of February, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2