ORIGINAL

1 | Seal Case

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00016 |
| Plaintiff, ) | |
| vs. ) | APPLICATION AND ORDER TO SEAL RECORD |
| DUANE ANTHONY CALVO, ) RAYMOND GERALD LIZAMA CALVO, ) and JOHN TROY SANTOS, ) | |
| Defendants. ) | |

The United States moves this Honorable Court for an order sealing the record in the

//
//
//
//
//
//
//
//
//

RECEIVED
FEB 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 23rd day of February, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

IT IS SO ORDERED this 23rd day of February, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
~~Designated Judge~~ Magistrate Judge
District Court of Guam

2