# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
FEB 24 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**RAYMOND GERALD LIZAMA CALVO**

SUMMONS IN A CRIMINAL CASE

Case Number: **CR-05-00016-002**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue <br> Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | 413 |
| | Date and Time <br> **Thursday, February 24, 2005 at 9:30 a.m.** |

To answer a(n)
**X** Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(A)(viii) & 846__

Brief description of offense:

**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

ORIGINAL

__MARILYN B. ALCON, Deputy Clerk__
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

__February 23, 2005__
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Date 02-23-05

Service was made by me on:[1] DEASIA Paul Griffith

| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at: 108 Hernan Cortez Ave, Ste 300 Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2-24-05
             Date

J.L.G. SALAS
Name of United States Marshal

S/DUSM Franklin J. Tautzen
(by) Deputy United States Marshal

Remarks: SEALED CASE

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.