

**FILED**
**DISTRICT COURT OF GUAM**

# UNITED STATES DISTRICT COURT

DISTRICT OF   GUAM

FEB 24 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

U.S. MARSHALS - GUAM
RECEIVED
22 FEB 2005 14 08 00

UNITED STATES OF AMERICA
V.

**JOHN TRACY SANTOS**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number:   **CR-05-00016-003**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place<br>**District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before:   **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Room<br>**413** |
| | Date and Time<br>**Thursday, February 24, 2005 at 9:30 a.m.** |

To answer a(n)
**X** Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title   **21**   United States Code, Section(s)   **841(a)(1), (b)(1)(A)(viii) & 846**

Brief description of offense:

**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

---

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 23, 2005**
Date

# RETURN OF SERVICE

Date  02-23-05

Service was made by me on:[1] DEA S/A Paul Griffith

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 108 Hernan Cortez Ave. Ste 300 Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2.24.05
            Date

J.L.G. SALAS
Name of United States Marshal

S/DUSM Franklin G. Taitague
(by) Deputy United States Marshal

Remarks:  SEALED CASE

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.