FILED
DISTRICT COURT OF GUAM
FEB 24 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUANE ANTHONY CALVO,<br>RAYMOND GERALD LIZAMA CALVO,<br>and JOHN TROY SANTOS,<br><br>    Defendants. | CRIMINAL CASE NO. 05-00016-<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant **DUANE ANTHONY CALVO, RAWLEN MANTANONA** is appointed to represent defendant **RAYMOND GERALD LIZAMA CALVO**, and **LOUIE YANZA** is appointed to represent defendant **JOHN TROY SANTOS** in the above-entitled case *nunc pro tunc* to February 23, 2005.

Dated this 24th day of February, 2005.

JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
DISTRICT COURT OF GUAM