# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

DISTRICT COURT OF GUAM
FEB 24 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00016**     **DATE: 2/24/2005**     **TIME: 9:38**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge     Law Clerk: JUDITH HATTORI
Court Reporter: Wanda Miles     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:38:29 - 9:51:01     CSO: J. Lizama & F. Tenorio

********************APPEARANCES********************

**DEFT: DUANE ANTHONY CALVO**     **ATTY: JOHN GORMAN**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT: RAYMOND GERALD LIZAMA CALVO**     **ATTY: RAWLEN MANTANONA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: JOHN TRACY SANTOS**     **ATTY: LOUIE YANZA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON     AGENT:

U.S. PROBATION: CARLEEN BORJA     U.S. MARSHAL: P. RABINA & W. GREY

INTERPRETER: _____     ( ) SWORN     LANGUAGE: _____

**PROCEEDINGS:     INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT (SEALED CASE)**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

    FEDERAL PUBLIC DEFENDER APPOINTED REPRESENT DUANE ANTHONY CALVO
    RAWLEN MANTANONA APPOINTED TO REPRESENT RAYMOND GERALD LIZAMA CALVO
    LOUIE YANZA APPOINTED REPRESENT JOHN TROY SANTOS

( X ) DEFENDANTS SWORN AND EXAMINED:   DUANE ANTHONY CALVO   SCHOOL COMPLETED: 12TH Grade
                                        RAYMOND GERALD LIZAMA CALVO: 12th Grade
                                        JOHN TROY SANTOS: 12th Grade

( X ) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: SOLE COUNT IN THE INDICTMENT

( X ) TRIAL SET FOR: APRIL 25, 2005 at 9:30 A.M.

( X ) DEFENDANTS TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( X ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
NOTES:

Pen and ink change for defendant 3, John Tracy Santos to read John Troy Santos. Parties had no objections to the change.
Trial Order executed.
Mr. Yanza requested that his client, John Santos, be allowed to surrender his passport upon his return from the Phillippines, for his wife's operation. Government had no objections. - Granted.

Courtroom Deputy: _____

⚸AO 199B    (Rev. 5/99) Additional Conditions of Release                                    Page ____ of ____

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
Custodian or Proxy                    Date

(X) (7) The defendant shall:
(X) (a) report to the **US Probation Office & DEA**,
telephone number _____, not later than **as directed**.
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
( ) (e) maintain or actively seek employment.
( ) (f) maintain or commence an education program.
(X) (g) surrender any passport to: **Clerk of Court, District Court of Guam by Feb. 25, 05 by 3pm**
(X) (h) obtain no passport.
(X) (i) abide by the following restrictions on personal association, place of abode, or travel: **maintain fixed residence**
( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
(X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
(X) (o) refrain from ( ) any (X) excessive use of alcohol.
(X) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(X) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
   ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
   ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
   ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
(X) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
(X) (v) **stay away from all ports of entry and exit**
(X) (w) **not leave Guam without permission of the Court and the U.S. Probation Office.**
( ) (x) _____

Case 1:05-cr-00016    Document 7    Filed 02/24/2005    Page 2 of 2

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL