ORIGINAL

DCalvo.enh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00016 |
| Plaintiff, | |
| vs. | **INFORMATION REGARDING NOTICE OF SENTENCING ENHANCEMENT** |
| DUANE ANTHONY CALVO, | |
| Defendant. | |

COMES NOW the United States of America, by and through undersigned counsel, pursuant to 21 U.S.C. § 851, and gives notice that the defendant, DUANE ANTHONY CALVO was previously convicted of a felony drug offense, to-wit:

> On or about October 24, 1997, defendant DUANE ANTHONY CALVO, was convicted of a felony drug offense, to wit, Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of Title 21, United States Code, § 841(a)(1).

If the defendant is convicted for a violation of 21 U.S.C. § 841(a)(1), then the defendant's sentence will be enhanced and defendant will be subject to a sentence of imprisonment of not

//
//
//

less than twenty (20) years because of defendant's prior felony drug convictions. 21 U.S.C. § 841(b)(1)(B).

DATED this __8th__ day of March, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney