AO83 (Rev. 10/03) Summons in a Criminal Case



FILED
DISTRICT COURT OF GUAM
APR 1 2 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

U.S. MARSHALS GUAM
RECEIVED
-1 APR 2005 14 00 00

UNITED STATES OF AMERICA
V.

**JOHN TROY SANTOS**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-05-00016-003**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Monday, May 2, 2005 at 9:30 a.m.** |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition **X** Violation Notice

Charging you with a violation of Title __**18**__ United States Code, Section(s) __**3142(c)(3)**__

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

ORIGINAL

__**MARILYN B. ALCON, Deputy Clerk**__
Name and Title of Issuing Officer

_/s/ Marilyn B. Alcon_
Signature of Issuing Officer

__**April 1, 2005**__
Date

## RETURN OF SERVICE

Service was made by me on:[1]  Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-12-05
                     Date

JOAQUIN L.G. SALAS
Name of United States Marshal

S/DUSM Franklin J. Fantague
(by) Deputy United States Marshal

Remarks:  ATTORNEY LOUIE YANZA SERVED ON 4·7·05 AT 10:00 AM

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.