**MANTANONA**
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Raymond G. L. Calvo**

FILED
DISTRICT COURT OF GUAM
APR 21 2005 mbc
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00016 |
| ) | |
| Plaintiff ) | **NOTICE OF INTENT TO CHANGE PLEA** |
| ) | **AND REQUEST FOR HEARING;** |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| RAYMOND GERALD LIZAMA CALVO ) | |
| ) | |
| Defendant ) | |

### NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING

Defendant, Raymond G. L. Calvo, by and through his attorney or record, Rawlen M T Mantanona, Mantanona Law Office, hereby submits Notice of Intent to Change Plea from not guilty to guilty. Defendant further requests that a hearing on said Change of Plea be scheduled for a time and date convenient to the court.

Dated: APRIL 20, 2005

MANTANONA LAW OFFICE
Attorney for **Raymond G. L. Calvo**

RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney

IT IS SO ORDERED that defendant be permitted to change his plea from not guilty to guilty on April 22, 2005 at 9:00 am

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam

RECEIVED
APR 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM
ORIGINAL

## CERTIFICATE OF SERVICE

I, CHARLENE D. MAYO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on April 21, 2005.

Karon Johnson
Asssitant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Kim Savo
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910

Louie J. Yanza
Maher, Yanza, Flynn, Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910

DATED: April 21, 2005

CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona
Attorney for Raymond G.L. Calvo, Defendant