Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN TROY SANTOS

FILED
DISTRICT COURT OF GUAM
APR 21 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00016 |
| Plaintiff, | NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING; CERTIFICATE OF SERVICE |
| vs. | |
| JOHN TROY SANTOS, | |
| Defendant. | |

COMES NOW Defendant JOHN TROY SANTOS ("SANTOS"), through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Louie J. Yanza, and hereby submits notice of his intent to change his plea from not guilty to guilty in the above-entitled action. Defendant SANTOS further requests that a hearing be set for his Change of Plea for a date and time to be scheduled by the Court.

Dated this 21st day of April, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
JOHN TROY SANTOS

BY: _____
LOUIE J. YANZA

# CERTIFICATE OF SERVICE

I, TERENCE E. TIMBLIN, hereby certify that on the 21st day of April, 2005, I caused a copy of the annexed **Notice of Intent to Change Plea and Request for Hearing; Certificate of Service** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**Ms. Karon V. Johnson**
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue

**Ms. Kim Savo**
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910

**Mr. Rawlen M.T. Mantanona**
GCIC Building, Suite 601B
414 West Soledad Avenue
Hagatña, Guam 96910

Dated this 21st day of April, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
JOHN TROY SANTOS

BY: _____
TERENCE E. TIMBLIN, ESQ.