Louie J. Yanza
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN TROY SANTOS



FILED
DISTRICT COURT OF GUAM
APR 21 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00016 |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER SETTING CHANGE OF PLEA |
| JOHN TROY SANTOS, | |
| Defendant. | |

Pursuant to Notice of Intent to Change Plea filed by Defendant JOHN TROY SANTOS on April 21, 2005;

IT HEREBY ORDERED that a Change of Plea, in the above-entitled action, be scheduled to be heard on  April 22, 2005  at  8:45  a.m.

SO ORDERED:  April 21, 2005 .

HON. JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
DISTRICT COURT OF GUAM.



RECEIVED
APR 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM