# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### (SEALED)

| | | |
|---|---|---|
| CASE NO. 05-00016-001 | DATE: 04/22/2005 | TIME: 1:49 p.m. |

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**      Law Clerk: Judith Hattori

Court Recorder & Courtroom Deputy: Virginia T. Kilgore

Hearing Electronically Recorded: 1:49:05 - 2:05:20      CSO: F. Tenorio / J. Lizama

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: <u>DUANE ANTHONY CALVO</u>**      **ATTY : <u>KIM SAVO</u>**

( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**      **AGENT:**

**U.S. PROBATION: GRACE FLORES**      **U.S. MARSHAL:**

INTERPRETER:_____   ( ) SWORN    LANGUAGE: _____

                        ( ) PREVIOUSLY SWORN

## PROCEEDINGS: CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED

( X ) DEFENDANT SWORN AND EXAMINED: AGE: <u>29</u>    HIGH SCHOOL COMPLETED: <u>12th Grade</u>

( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES

( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____

( ) WARRANT OF REMOVAL ISSUED

( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT

( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA

( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT

( X ) PLEA ENTERED: *GUILTY* - TO: <u>ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE</u>
                         <u>HYDROCHOLORIDE</u>

( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*

( ) COURT ORDERS PLEA AGREEMENT *SEALED*

( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( X ) STATUS HEARING: <u>AUGUST 1, 2005</u> at <u>10:00 A.M.</u>

( ) PRESENTENCE REPORT ORDERED AND DUE: _____

( ) PRELIMINARY EXAMINATION SET FOR: _____

( ) ARRAIGNMENT SET FOR:_____ at _____

( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*

( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____

( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

<u>Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant pled guilty</u>

<u>without a written plea. The Court signed the report and recommendation concerning defendant's guilty</u>

<u>plea.</u>

Courtroom Deputy: _____