FILED
DISTRICT COURT OF GUAM

APR 2 2 2005 *mbc*

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00016 |
| | ) | |
| Plaintiff. | ) | |
| | ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. | ) | **A FELONY CASE BEFORE UNITED** |
| | ) | **STATES MAGISTRATE JUDGE** |
| DUANE ANTHONY CALVO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

1 | sentencing hearing at which the District Judge will decide whether to accept or reject any

2 | associated plea agreement, and will determine and impose sentence.

3 | DATED this _2⸴_ day of April 2005.

4

5

6 | _____
DUANE ANTHONY CALVO
7 | Defendant

8

9

10 | _____
KIM SAVO
Assistant Federal Public Defender
11 | Attorney for Defendant

12

13 | APPROVED:

14

15

16 | _____
KARON V. JOHNSON
Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28