FILED
DISTRICT COURT OF GUAM
MAY -9 2005 nbo
MARY L.M. MORAN
CLERK OF COURT
30

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff.<br><br>　vs.<br><br>DUANE ANTHONY CALVO,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00016<br><br>**ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILT AND<br>NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this _9_ day of May 2005.

　　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　DAVID O. CARTER*
　　　　　　　　　　　　　　　　　District Judge

---

* The Honorable David O. Carter, United States District Judge for the Central District of Califonia, sitting by designation.