PS 42
(Rev. 07/93)

# United States District Court
## District of Guam

**FILED**
DISTRICT COURT OF GUAM
MAY 10 2005
MARY L.M. MORAN
CLERK OF COURT

| United States of America | ) |
| --- | --- |
| vs. | ) |
| JOHN TROY SANTOS | ) Case No: 05-00016-003 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __John Troy Santos__, have discussed with __Robert I. Carreon__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Upon unsealing of this case, the defendant shall notify his employer of his involvement in the instant offense and allow the U.S. Probation/Pretrial Services Office to verify compliance with such notification.

**RECEIVED**
MAY - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

I consent to this modification of my release conditions and agree to abide by this modification.

__John Troy Santos__   4-8-05
Signature of Defendant   Date

__Robert I. Carreon__   4/8/05
Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

__Louie Yanza__   4/22/05
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is orderd, to be effective on __May 10, 2005__

[ ] The above modification of conditions of release is *not* ordered.

__David O. Carter__   May 10, 2005
DAVID O. CARTER*
Judge
U.S. District Court of Guam

*The Honorable David O. Carter, United States District Court Judge for the Central District of California, sitting by designation.