1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF GUAM

10
    UNITED STATES OF AMERICA,       )   CRIMINAL CASE NO. 05-00016
11                                  )
                     Plaintiff,     )   **UNITED STATES MOTION TO**
12                                  )   **UNSEAL CASE AND SET FOR**
                                    )   **SENTENCING AND ORDER**
13                                  )
             vs.                    )
14                                  )
    DUANE ANTHONY CALVO,            )
15                                  )
                     Defendant.     )
16  _____  )

17      The United States of America, by and through undersigned counsel, hereby moves this

18  Honorable Court for an order to unseal this case, order a presentence report, and set a sentencing

19  date. This case was sealed in the hope that defendant could provide substantial assistance to the

20  Drug Enforcement Administration. According to DEA Special Agent Paul Griffith, as of July 8,

21  the defendant has not been able to provide any assistance in any investigations, and in the

22  opinion of Agent Griffith, he is not in a position to do so. Accordingly, the United States

23  //

24  //

25  //

26  //

27  //

28  //

believes defendant should proceed to sentencing. Defendant is represented by Asst. Federal Public Defender Kim Salvo, who opposes this motion.

Respectfully submitted this 11th day of July, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

### * * * ORDER * * *

**IT IS SO ORDERED** that this case be unsealed, that a presentence report be prepared by the U.S. Probation Office, and that sentencing in this matter be scheduled to the 25th day of Oct., 2005, at 9:00 am. The presentence report is due on September 15, 2005.

DATE: 7/14/2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUL 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2