ORIGINAI

1  raycalvo6stp

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 15 2005nbα

MARY L.M. MORAN
CLERK OF COURT

(36)

8

9          IN THE UNITED STATES DISTRICT COURT

10             FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,          ) CRIMINAL CASE NO. 05-00016
                                       )
13                  Plaintiff,         )
                                       ) **STIPULATION OF PARTIES**
14          vs.                        ) **TO VACATE STATUS HEARING;**
                                       ) **UNSEAL RECORD AND SET**
15  RAYMOND GERALD LIZAMA CALVO,       ) **SENTENCING DATE**
                                       )
16                  Defendant.         )
                                       )
17

18
        The parties in the above-entitled matter, the United States of America, and the defendant
19
   through his counsel, Rawlen Mantanona, hereby stipulate to vacate the Status Hearing currently
20
   scheduled for August 1, 2005, to unseal the record, and to set a sentencing date in the above
21
   matter.
22
   \\
23
   \\
24
   \\
25
   \\
26
   \\
27
   \\
28

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case.

SO STIPULATED.

_7/12/05_
DATE

⟨signature⟩

RAWLEN MANTANONA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_7/12/05_          By:      _Karon V. Johnson_
DATE                         KARON V. JOHNSON
                             Assistant U.S. Attorney


# * * * * O R D E R * * * *

**IT IS SO ORDERED** that the Status Hearing currently scheduled for August 1, 2005, is hereby vacated, the record ordered unsealed, and sentencing is set for _Nov 1_____, 2005 at 8:30 a .m. Presentence Report is due on _September 27_____, 2005.

_7/15/05_
DATE

⟨signature⟩

ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam


**RECEIVED**

JUL 1 2 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

*The Honorable Robert M. Takasugi, United States District Judge for the Central District of California, sitting by designation

-2-