**LUJAN UNPINGCO AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for John Troy Santos*

**FILED**
DISTRICT COURT OF GUAM

JUL 2 7 2005

**MARY L.M. MORAN
CLERK OF COURT**

(37)

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE CR05-00016 |
| Plaintiff, | ) | |
| vs. | ) | SUBSTITUION OF ATTORNEY |
| JOHN TROY SANTOS, | ) | |
| Defendant. | ) | |

Defendant, JOHN TROY SANTOS, hereby substitutes the Law Office of LUJAN UNPINGCO AGUIGUI & PEREZ LLP as Attorney of Record in place of the Law Office of Maher Yanza Flynn Timblin, LLP.

Dated: 7·22 05

_____,
JOHN TROY SANTOS.

The Law Office of MAHER YANZA FLYNN TIMBLIN, LLP agrees to the above substitution and hereby withdraws as Attorney of Record for Defendant herein.

Dated: JUL 2 2 2005

MAHER YANZA FLYNN TIMBLIN, LLP
ATTORNEYS FOR DEFENDANT.

BY: _____,
LOUIE J. YANZA.

Substitution of Attorney
USA vs. John Troy Santos
CR97-00074

1  The Law Offices of LUJAN UNPINGCO AGUIGUI & PEREZ hereby enters its appearance

2  as Attorney of Record for Defendant herein.

3      Dated:

4
                                        LUJAN UNPINGCO AGUIGUI & PEREZ LLP
5                                       ATTORNEYS FOR DEFENDANT.

6
                                        BY:
7                                            DAVID J. LUJAN.

8

9      SO ORDERED this 27th day of July, 2005.

10

11
                                        DESIGNATED JUDGE,
12                                      DISTRICT COURT OF GUAM
                                        FRANCES TYDINGCO-GATEWOOD
13                                      Designated Judge
                                        District Court of Guam

14

15

16

17

18

19

20

21  RECEIVED

22

23      JUL 22 2005

24  DISTRICT COURT OF GUAM
        HAGATNA, GUAM
25

26

27

    Substitution of Attorney
28  USA vs. John Troy Santos
    CR97-00074