United States District Court
District of Guam

FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT
(38)

United States of America )
)
vs. )
)
JOHN TROY SANTOS ) Case No: 05-00016-003

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __John Troy Santos__, have discussed with __Robert I. Carreon__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit to a mental health intake assessment and any recommended treatment inclusive of individual and/or family counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

John Troy Santos  7-26-05          Robert I. Carreon  7/26/05
Signature of Defendant  Date        Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

David J. Lujan                         7-28-05
Signature of Defense Counsel           Date

[✓] The above modification of conditions of release is orderd, to be effective on
[ ] The above modification of conditions of release is *not* ordered.

RECEIVED JUL 29 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

FRANCES TYDINGCO-GATEWOOD
~~xxxxx~~ Designated Judge
U.S. District Court of Guam

RECEIVED July 29, 2005

RECEIVED JUL 28 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM