FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00016 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO VACATE STATUS HEARING, AND SET SENTENCING** |
| RAYMOND G. L. CALVO, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, Rawlen M.T. Mantanona, hereby stipulate to vacate the status

//
//
//
//
//
//
//
//
//

hearing, now scheduled for August 1, 2005, and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/27/05      By: /s/
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: 7/28/05      /s/
RAWLEN M.T. MANTANONA
Attorney for Defendant

****ORDER****

**IT IS SO ORDERED** that the status hearing is vacated, and that sentencing is set for November 2, 2005, at the hour of 9:00 a. m. The presentence investigation report is due on September 28, 2005.

DATED: July 29, 05.      /s/
FRANCES TYDINGCO-GATEWOOD
Designated Judge
District Court of Guam

-2-

RECEIVED
JUL 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM