ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG - 2 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUANE ANTHONY CALVO,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00016<br><br>**STIPULATION OF PARTIES TO VACATE STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, Kim Savo, Assistant Federal Public Defender, hereby stipulate to

//
//
//
//
//
//
//
//
//

ORIGINAL

vacate the status hearing, now scheduled for August 1, 2005, for the reasons that by previous Order of this Court, filed July 14, 2005, the case has been set for sentencing.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 8/1/05

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: 8/1/5

/s/ Kim Savo
KIM SAVO
Assistant Federal Public Defender
Attorney for Defendant

-2-