LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DUANE ANTHONY CALVO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00016 <br><br> **ORDER** |

This matter having come before this Honorable Court based on the parties Stipulation to Vacate the Status Hearing, scheduled for August 1, 2005, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status hearing be vacated.

DATE: 8/3/2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
AUG - 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM