JOHN T. GORMAN
Federal Public Defender
KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
DUANE CALVO

**FILED**
DISTRICT COURT OF GUAM

SEP 16 2005 *gp*

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DUANE CALVO, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 05-00016 <br><br><br><br><br> **ORDER** re: <br> Stipulation to Continue Sentencing |

ORDER

The Stipulation lodged on September 14, 2005 is Hereby Approved and So Ordered. The sentencing hearing shall be continued to December 14, 2005 at 9:15 a.m.

DATED: Hagatna, Guam, 9/16/2005 .

HON. JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

ORIGINAL