VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Defendant: DUANE ANTHONY CALVO

**FILED**
DISTRICT COURT OF GUAM
NOV 1 8 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE ANTHONY CALVO,<br><br>Defendant. | Criminal Case No. CR-05-00016<br><br>**SUBSTITUTION OF COUNSEL** |

COMES NOW defendant DUANE ANTHONY CALVO to substitute attorneys VAN DE VELD SHIMIZU CANTO & FISHER, by counsel, Curtis C. Van de veld, Esq., in the above captioned matter, in place and stead of the Federal Public Defender, by Alexander Modaber, Esq.

Dated: this 17TH day of November, 2005.

_____
DUANE ANTHONY CALVO

///

///

**ORIGINAL**

UNITED STATES OF AMERICA, Plaintiff v. DUANE ANTHONY CALVO, Defendant
Criminal Case No. CR-05-00016
**SUBSTITUTION OF COUNSEL**
Page 1

Case 1:05-cr-00016    Document 65    Filed 11/18/2005    Page 1 of 2

COMES NOW Van de veld Shimizu Canto & Fisher, by Curtis C. Van de veld, Esq., to substitute in place and stead of court appointed counsel, Federal Public Defender, by Alexander Modaber, Esq.

Dated: this 18th day of November, 2005.

VAN DE VELD SHIMIZU CANTO & FISHER

By: _____
Curtis C. Van de veld, Esq.

I acknowledge the substitution herein above stated and agree to forward all pleadings and other file materials received by me, to Van de veld Shimizu Canto & Fisher.

Dated this 17th day of November, 2005.

FEDERAL PUBLIC DEFENDER

By: _____
Alexander Modaber, Esq.

CCV:jbs
VSCF/D.CALVO/CR000588

---

UNITED STATES OF AMERICA, Plaintiff v. DUANE ANTHONY CALVO, Defendant  Page 2
Criminal Case No. CR-05-00016
**SUBSTITUTION OF COUNSEL**