VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Defendant: DUANE ANTHONY CALVO

FILED
DISTRICT COURT OF GUAM
NOV 25 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES OF AMERICA

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00016 |
| Plaintiff, | |
| vs. | ORDER |
| DUANE ANTHONY CALVO, | |
| Defendant. | |

IT IS HEREBY ORDERED that CURTIS C. VAN DE VELD, ESQ. is substituted as retained counsel in place and stead of the Federal Public Defender, by Alexander Modaber, Esq., to represent defendant DUANE ANTHONY CALVO as retained counsel in the above-entitled case.

Dated this 25th day of November 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

CCV:jbs
VSCF/D.CALVO/CR000589

**ORIGINAL**

UNITED STATES OF AMERICA vs. DUANE ANTHONY CALVO, Defendant
Criminal Case No. CR-05-00016
ORDER
Page 1

Case 1:05-cr-00016   Document 66   Filed 11/25/2005   Page 1 of 1