VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: DUANE ANTHONY CALVO

FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00016 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| DUANE ANTHONY CALVO, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Defendant DUANE ANTHONY CALVO, by and through his counsel, VAN DE VELD SHIMIZU CANTO & FISHER, by Curtis C. Van de veld, Esq. and The UNITED STATES OF AMERICA, by the United States Attorney Leonardo M. Rapadas, through U.S. Attorney Karon V. Johnson, hereby stipulates and agrees that the sentencing hearing scheduled for December 12, 2005 at 9:15 a.m. be continued to a date on the first week of February, 2006.

//

//

//

UNITED STATES OF AMERICA, Plaintiff v. DUANE ANTHONY CALVO, Defendant
STIPULATION TO CONTINUE SENTENCING HEARING
Criminal Case No. CR-05-00016

Case 1:05-cr-00016   Document 67   Filed 12/07/2005   Page 1 of 2

Page 1

The reason for such continuance is that Defendant recently provided cooperation resulting in the arrest of several people and the parties will need time to assess the value of Defendant's cooperation.

SO STIPULATED:

| UNITED STATES ATTORNEY'S OFFICE<br>LEONARDO M. RAPADAS, U.S. Attorney | VAN DE VELD SHIMIZU CANTO & FISHER |
|---|---|
| */s/ Karon V. Johnson*<br>**KARON V. JOHNSON**<br>United States Attorney<br>Dated: 12/7/05 | */s/ Curtis C. Van de Veld*<br>**CURTIS C. VAN DE VELD**<br>*Attorney for Defendant Duane A. Calvo*<br>Dated: 06 Dec. 05 |

CCV:jbs
VSCF/D.CALVO/CF000591

UNITED STATES OF AMERICA, Plaintiff v. DUANE ANTHONY CALVO, Defendant
STIPULATION TO CONTINUE SENTENCING HEARING
Criminal Case No. CR-05-00016

Case 1:05-cr-00016   Document 67   Filed 12/07/2005   Page 2 of 2

Page 2