VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: DUANE ANTHONY CALVO

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DUANE ANTHONY CALVO, <br> Defendant. | Criminal Case No. CR-05-00016 <br><br> **ORDER** |

THIS MATTER HAVING come to the attention of the court upon the stipulation of the parties and good cause appearing therefrom;

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled for December 14, 2005 at 9:15 a.m., be continued to February 8, 2006 at 9:30 a.m.

DATED this 9th day of December, 2005.

_____
D. LOWELL JENSEN*
United States Senior District Judge.

---

*The Honorable D. Lowell Jensen, United States Senior District Judge for Northern District of California, by designation.