ORIGINAL

duanecalvo5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB - 6 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DUANE ANTHONY CALVO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00016 <br><br> **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE** |

The United States hereby moves this Honorable Court for a departure from the mandatory minimum term of 20 years (240) months incarceration, as provided by USSG § 5K1.1 and 18 U.S.C. 3353(e), on the grounds that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. Defendant's present offense level is the equivalent of 38 [235-293 months]. The government is moving for a substantial assistance departure of three levels, to a level 35, and a term of 180 months incarceration

RESPECTFULLY SUBMITTED this __6th__ day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney