```
 1  VAN DE VELD SHIMIZU CANTO & FISHER
    Suite 101, Dela Corte Building
 2  167 East Marine Corps Drive
    Hagåtña, Guam 96910
 3  Telephone: (671) 472-1131
    Facsimile: (671) 472-2886
 4
    Attorney for Defendant: DUANE ANTHONY CALVO
 5
```

FILED
DISTRICT COURT OF GUAM
FEB - 8 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES OF AMERICA
# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR-05-00016 |
| Plaintiff, | |
| vs. | SUBMISSION OF EXHIBITS |
| DUANE ANTHONY CALVO, | |
| Defendant. | |

COMES NOW defendant DUANE ANTHONY CALVO through his attorneys VAN DE VELD SHIMIZU CANTO & FISHER, by counsel, Curtis C. Van de veld, Esq., to submit the attached letters to the court as exhibits for sentencing of Defendant DUANE ANTHONY CALVO.

Dated: this February 8, 2006.

VAN DE VELD SHIMIZU CANTO & FISHER

By: _____
Curtis C. Van de veld, Esq.

CCV:jwc
VSCF/D.CALVO/CR000596

ORIGINAL

10-24-05

Dear Sirs and Madams:

We have known Duane, "Dana" Calvo his whole life. He and his family have been close friends, neighbors, and treated us and as family. His father, Oscar Calvo, is like a brother to us.

Dana was raised with love and care by his father and his extended family of uncles, aunts, and grandparents after his mother and father separated when he was about eight months old. He was born a year before our oldest son and they played together growing up. Dana grew up riding motorcycles and racing on the track at Apra Heights next to where we live. The track was built on property that his grandparents allowed motorcycle clubs to use because of their very generous nature and the pleasure they derived from seeing the children and youth of Guam enjoy motor sports activities.

Dana grew into a fine young man, always respectful to his elders, always polite, and with a great sense of humor. Unfortunately Dana made some mistakes as a maturing young man. His father did the right thing for him by getting him into a program to turn his life around while paying his dues to society.

Dana came back to Guam and rejoined society and our neighborhood. It was a pleasure to see him blossom and grow. He met a wonderful woman and they have two precious and beautiful children. He got a good job and supported his family. He helped me when ever I needed his expertise.

Currently he faces sentencing for a very serious crime. He allowed himself to be influenced by a criminal contact from his past. He was presented with a situation which he should have run away from as fast as he could. Unfortunately he gave in to the temptation of money and allowed himself to be tempted to participate in a very serious crime.

We believe he feels remorse and understands what he allowed himself to participate in was just about the worst thing he could do. He has however managed to stay clean, as far a drug use himself, and that we understand is not an easy task with the insidious drug that he was using when he was younger.

We believe he realizes he has made a terrible mistake and if given the opportunity to pay his debt to society, in a way that would provide him a chance to prove himself worthy of a chance to return to his family and support them, that he would in fact live up to that responsibility.

Dana is not a violent person and we do not believe he is a danger to society. We believe he has a debt to pay to society for the crime he has committed but we also believe very strongly that he would prove himself worthy of a chance to return to society to rebuild his life and take care of his family if given the opportunity.

Thank you for taking the time carefully consider Dana's sentencing. He has skills and abilities and we believe he will work very hard, if given the chance, for the betterment of his family, society, and himself.

Sincerely,

Henry and Sue Simpson

November 30, 2005

Judge, U.S. District Court of Guam
U.S. District Court Building
Hagatna, Guam 96932

Re: Duane Calvo

Dear Judge:

I am writing this letter as a friend of the family of Duane Calvo. I have known Duane's father, Oscar, for many years. Oscar was engaged to my sister-in-law Dorothy, who passed on several years ago. Through this relationship, I was able to know Duane from numerous family gatherings and other occasions. While I was aware of his previous conviction, my opinion of him is based on my observations and interactions with him.

Duane had always displayed a friendly temperament. I have never seen him behave in a violent or disrespectful manner. I was most impressed with the bond he had developed with his children, Denise and Hanna, from their toddler days and as they grew older. Denise is now 8 years old, and Hanna is 6. They remain close to their father.

The embarrassment that he has brought upon himself and his family, the anxiety and mental and emotional pain that he and his family are experiencing, the fear of being separated from his loved ones, especially Denise and Hanna, is punishment in and of itself. My greater concern, however, is the devastating effect a long-term separation will have on the children because of their tender years and the closeness they have with their dad, and their innocence of any wrongdoing. Denise and Hanna will be the ones who will truly suffer the most.

Duane's cooperation with authorities is indicative of his repentance for the crime that he has committed. I also sincerely believe that the serious and painful consequences of his actions, including the very thought of losing his children, is as effective a deterrent as can be. He can help right the wrong he has done to society by advocating anti-drug messages to schools and other groups, among other things. If incarceration is imposed, I plead with the Court that it be of a duration that would adequately redress his actions but also preserve the opportunity for him to meet his parental obligations to his children, and most importantly, for his children to continue their loving relationship with their dad.

Duane did a bad thing and should be punished; and I do have faith that the Court will render a fair and just sentence after considering the totality of circumstances.
Thank you your Honor.

Respectfully submitted,

Ronald B. Aguon, Esq.
P.O. Box 1194
Hagatna, Guam 96932

February 4, 2006

Dear Your Honor,

I am writing to you concerning Mr. Duane Calvo. He is scheduled to be sentenced on February 8, 2006. I would like to take this opportunity to give you an idea of what my life is like with Duane being a part of it. Also, what it would be like without him.

Duane and I grew up together basically in the same household for a long period of time. We are closely related, being that our parents are siblings. We had our own lives, our own friends and were two totally different people. However, as we grew older, started having our children, we realized that we were able to depend on each other, when we couldn't depend on anyone else. We have always helped each other out when the other needed help. Our kids are now growing up together, but are very close as far as their relationship with each other.

I have known for a long time that I can count on Duane for anything when I needed it. My daughter, my only child, also knows that if she needs something, she can also turn to her Uncle Duane and he will be there for her, no matter what. This particular trait alone is what makes Duane a great human being and a great father to his children. He has provided for them from the day they were born. He is a very committed and dedicated father to his children and it is obvious to anyone that he means the world to them, and vice verse.

I believe Duane has found his special relationship with God and it reflects in the way he lives his life and how he raises his children. He continues to grow mentally and emotionally and it shows. He continues to be a very productive member of our family and the community as a whole. He contributes his time, wherever and whenever it is needed. There are no questions he asks when he is approached by anyone needing help for any reason.

My personal life, without Duane, would have a void in it. He is a big part of my family and will forever be. In the last few months, I have come to realize that not only do his children need him in their lives, not only does his brothers and sisters need him in their lives, not only does his father need him in his life, but I do as well.

For these very personal reasons, I pray leniency be granted to Duane for the person that he has now become and has grown to be. I love Duane wholeheartedly and hold him very close to my heart for the person that he is to and for me.

I would like to thank you for the opportunity to give you a little look into my personal life as far as Duane is concerned.

Sincerely,

Nonnie Tavares

January 8, 2005

Dear Sir/ Madam,

My name is Eileen Dador and I am writing this letter pertaining to the character of my friend, Duane Calvo. I have known Duane for five and a half years and in those five years he has been a caring and wonderful person. Of course, in the beginning, I must say I was a little intimidated by Duane because he was not much of a talker. However, as time went by, Duane and I have become good friends and shared many enjoyable moments together with his and my family.

Over the years, Duane has been a very supportive person to everyone around him, especially to his family. I have seen the love and dedication he has for his family, especially his children. I have known Duane to care and support his children in every aspects of their lives, such as their school academics/activities and other extracurricular activities, such as soccer and hula. He is very much involved with their interests' everyday. As for his dedication to his girlfriend, Josielynn San Nicolas, Duane unfailingly supports her decision in finishing her education at the University of Guam. Duane shows his support by helping her with the labors and responsibilities of their children and their home, willing to adjust any time schedule in order to accommodate Josielynn's needs and the children's needs.

For me, Duane Calvo is an individual with heart. There was never a time Duane refused to help or give advice when I asked for it. He is a compassionate man, but most of all he is a good friend and I hope everyone can see that.

Sincerely,

Eileen J. Dador

February 6, 2006

Dear Your Honor,

I write this letter on behalf of a dear friend, Duane A. Calvo. I have known Duane since our middle schools days at San Vicente School, some 18-years ago. Duane was always the quiet type who really remained this way, even through our high school years at Guam Community College. We lost touch after high school and met up once again 6-years ago due to the friendship between our wives.

The Duane I meet six years ago was much different from the one I knew in high school. Duane had started a family and I saw a side of him I never saw before. Duane is a kind and gentle father, despite his stern face which tends to give the impression of a brute. There have been many occasions where we met socially and never once was Duane without the company of his two daughters, whom he always displayed great love and patience for. I would watch as Duane scolded his daughter, who would end up crying, and then see him carry her onto his lap and patiently explain why he scolded her out of his love for her.

Duane's patience and kindness did not stop with his family. Duane is a favorite uncle of my son, who spent many weekends bunking over at Duane's house with his son. My son always spoke highly of Duane who was very kind to him and always welcomed him into his home. Never once was I ever worried or concerned when my son was with Uncle Duane.

Duane's kindness also extended to my family and in-laws. During super-typhoon Pongsona, Duane would bring his generator over on the weekend so we could do laundry. When we needed to paint the roof, Duane would bring over his water blaster to help us clean the roof. Duane was always generous with everything he had and he never used these acts to win favors for himself later. This was just the guy that he was.

When I heard the news of Duane's arrest, I was really saddened. I am not trying to justify his actions, but I know the man that Duane is. I know of the love and kindness that live in his heart because my family and I have experienced it. I know that Duane would never hurt anyone because I've seen how gentle he is with his kids as well as my own. Duane is a good man who made some bad choices, but despite this fact, he continues to be a good man and a good friend of mine.

I humbly ask that you look upon Duane with compassion and see the good man that I have always known.

Sincerely,

Billyscott C. Bernardo