VAN DE VELD SHIMIZU CANTO · FISHER
De La Corte Building, Suite 101
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: 671.472.1131
Fax: 671.472.2886

Attorneys for Defendant: DUANE ANTHONY CALVO

FILED
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DUANE ANTHONY CALVO,<br><br>  Defendant. | Criminal Case No. CR-05-00016<br><br>**MOTION TO ALLOW DEFENDANT EXPEDITED VISITATION, and NON-OBJECTION BY GOVERNMENT** |

COMES NOW ex parte Defendant DUANE ANTHONY CALVO through his counsel Curtis C. Van de veld, Esq., to move the court to allow the Defendant expedited visitation with his significant other, Josielyn San Nicolas, their two daughters, his father and such other persons as Defendant may include on his visitation list and are approved by the United States Attorney's office.

DATED: this Wednesday, February 15, 2006.

VAN DE VELD SHIMIZU CANTO · FISHER

By: _____
Mr. Curtis C. Van de veld, Esq.
Attorney for Defendant
DUANE ANTHONY CALVO

COMES NOW the UNITED STATES OF AMERICA through the office of the United States Attorney for the District of Guam, Leonardo M. Rapadas, Esq., by Assistant United States Attorney Karon V. Johnson, to state that the government does not object to the above matter being entertained by the court by ex parte application, and further does not oppose the relief requested by Defendant in the motion.

DATED: this Wednesday, February 15, 2006.

**UNITED STATES OF AMERICA**
**LEONARDO M. RAPADAS, ESQ.**
**UNITED STATES ATTORNEY**
**DISTRICT OF GUAM**

By: _____
Ms. Karon V. Johnson, Esq.
Assistant United States Attorney

CCV:jwc
VSCF/D.A. CALVO/CR000598