DAVID J. LUJAN, ESQ.
LUJAN, AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile    (671) 477-5297

*Attorneys for Duane Anthony Calvo*

FILED
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>DUANE ANTHONY CALVO,<br><br>    Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** |

**DUANE ANTHONY CALVO** substitutes **LUJAN AGUIGUI & PEREZ** LLP as his counsel in the place of **VAN DE VELD, SHIMIZU, CANTO & FISHER**.

Dated this 20th day of February, 2006.

By: ___/s/___
**DUANE ANTHONY CALVO**

**VAN DE VELD, SHIMIZU, CANTO & FISHER** agrees to the substitution.

Dated this 20th day of February, 2006.

VAN DE VELD, SHIMIZU, CANTO & FISHER

By: ___/s/___
**CURTIS C. VAN de VELD, ESQ.**

LUJAN AGUIGUI & PEREZ LLP accepts the substitution and enters its appearance for DUANE ANTHONY CALVO.

Dated this 20th day of February, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ESQ.

Page 2 of 2

*United States of America v. Duane Anthony Calvo*
CR-05-00016
*Substitution of Counsel and Entry of Appearance*

Case 1:05-cr-00016   Document 81   Filed 02/21/2006   Page 2 of 2