DAVID J. LUJAN, ESQ.
LUJAN, AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297

*Attorneys for Duane Anthony Calvo*

**FILED**
DISTRICT COURT OF GUAM

FEB 21 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00016 |
|---|---|
| Plaintiff, | |
| -vs- | **NOTICE OF APPEAL** |
| DUANE ANTHONY CALVO, | |
| Defendant. | |

Pursuant to Rule 4(b), Fed.R.App.P., Duane Anthony Calvo appeals to the Ninth Circuit Court of Appeals the final judgment and sentence entered in this action February 8, 2006.

Pursuant to Rule 3(e), Fed.R.App.P., contemporaneously with the filing of this Notice of Appeal, Duane Anthony Calvo paid to the Clerk of the United States District Court, District of Guam, the requisite filing fee of Two Hundred Twenty Five Dollars ($225.00).

Dated this 21st day of February, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DAVID J. LUJAN, ESQ.**
*Attorney for Duane Anthony Calvo*

Page 1 of 2
*United States of America v. Duane Anthony Calvo*
*CR-05-00016*
*Notice of Appeal*
Case 1:05-cr-00016   Document 82   Filed 02/21/2006   Page 1 of 2

**Proof of Service**

I certify that on February 21, 2006, I caused a copy of the foregoing Notice of Appeal to be served upon:

Leonardo M. Rapadas, Esq.
United States Attorney
**Office of the U.S. Attorney General**
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7215

Service was accomplished by delivery of a copy of the Notice of Appeal by messenger to the above-named person at the above named address. Executed this 21st day of February, 2006.

_____
DAVID J. LUJAN

Page 2 of 2
*United States of America v. Duane Anthony Calvo*
CR-05-00016
*Notice of Appeal*
Case 1:05-cr-00016   Document 82   Filed 02/21/2006   Page 2 of 2