DAVID J. LUJAN, ESQ.
LUJAN, AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Duane Anthony Calvo*

**FILED**
DISTRICT COURT OF GUAM

FEB 2 1 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00016 |
|---|---|
| Plaintiff, | |
| -vs- | **AMENDED NOTICE OF APPEAL** |
| DUANE ANTHONY CALVO, | |
| Defendant. | |

Pursuant to Rule 4(b), Fed.R.App.P., Duane Anthony Calvo appeals to the Ninth Circuit Court of Appeals the final judgment and sentence entered in this action February 8, 2006.

Pursuant to Rule 3(e), Fed.R.App.P., contemporaneously with the filing of this Notice of Appeal, Duane Anthony Calvo paid to the Clerk of the United States District Court, District of Guam, the requisite filing fee of Two Hundred Fifty Five Dollars ($255.00).

Dated this 21st day of February, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ESQ.
*Attorney for Duane Anthony Calvo*

Page 1 of 2
*United States of America v. Duane Anthony Calvo*
CR-05-00016
*Amended Notice of Appeal*

Case 1:05-cr-00016    Document 83    Filed 02/21/2006    Page 1 of 2

ORIGINAL

**Proof of Service**

I certify that on February 21, 2006, I caused a copy of the foregoing Amended Notice of Appeal to be served upon:

>Leonardo M. Rapadas, Esq.
>United States Attorney
>**Office of the U.S. Attorney General**
>108 Hernan Cortes Avenue, Suite 500
>Hagåtña, Guam 96910
>Telephone: (671) 472-7332
>Facsimile: (671) 472-7215

Service was accomplished by delivery of a copy of the Amended Notice of Appeal by messenger to the above-named person at the above named address. Executed this 21st day of February, 2006.

_____
DAVID J. LUJAN