VAN DE VELD SHIMIZU CANTO & FISHER
De la Corte Building, Suite 101
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: DUANE ANTHONY CALVO

**FILED**
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00016 |
| Plaintiff, ) | |
| vs. ) | **ORDER ALLOWING VISITATION** |
| DUANE ANTHONY CALVO, ) | |
| Defendant. ) | |

THIS MATTER HAVING come to the attention of the court upon the *ex parte* motion of the Defendant and the non-objection of the government, the court finds good cause appearing therefrom;

**IT IS HEREBY ORDERED** that defendant shall be allowed expedited visitation with his significant other, Josielyn San Nicolas, their two daughters, his father and such other persons as Defendant may include on his visitation list and are approved by the United States Attorney's office.

SO ORDERED: February 21, 2006.

**DISTRICT COURT OF GUAM**

_____
**Honorable Joaquin V.E. Manibusan, Jr.**
**Magistrate Judge**

CCV:jwc
VSCF/D.A CALVO/CR000599