LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for DUANE ANTHONY CALVO*

FILED
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00016 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| DUANE ANTHONY CALVO, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Substitution of Counsel filed on February 21, 2006, is hereby approved. The Law Office of LUJAN AGUIGUI & PEREZ LLP is hereby substituted as retained counsel in place of the Van de Veld Shimizu Canto & Fisher firm.

SO ORDERED this 21st day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORDER
USA vs. Duane Anthony Calvo
CR05-00016

**ORIGINAL**