

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103

# MEMORANDUM

Date:     November 20, 2006

TO:     Clerk's Office
        USDC Guam

FROM:     Steve Seferian, Records Unit Supervisor

SUBJECT:     Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at <u>CA09 Records/CA09/09/USCOURTS</u> if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 06-10118 | USA v. Calvo | CR-05-00116-LAB |

Please send record directly to:

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103

**RECEIVED**
NOV 21 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM