UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Court of Appeals** |
| | ) | **Docket Number  06-10118** |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | District Court |
| | ) | Docket Number  **CR-05-00016** |
| | ) | |
| DUANE ANTHONY CALVO, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

## AMENDED CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2.  The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal.  This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures.  These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals.  Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

MARY L. M. MORAN, Clerk of Court
DISTRICT COURT OF GUAM

By:  _Marilyn B. Alcon_
Deputy Clerk

cc:   Karon V. Johnson          Dated:  _____November 16, 2006_____
      David J. Lujan