DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | C.A. #06-10118 |
| ) | D.C. #CR-05-00016-001-LAB |
| - vs - ) | |
| ) | |
| DUANE ANTHONY CALVO, ) | CLERK'S CERTIFICATE |
| ) | OF TRANSMITTAL |
| Appellant. ) | |

UNITED STATES OF AMERICA
DISTRICT COURT OF GUAM

I, Mary L.M. Moran, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Rule 11 of the Federal Rules of Appellate Procedure Section (a) and (b) for the United States Court of Appeals, I am transmitting herein to the United States Court of Appeals for the Ninth Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 30th day of November, 2006.

MARY L.M. MORAN
CLERK, DISTRICT COURT OF GUAM

By: _Marilyn B. Alcon_
Deputy Clerk

APPEAL, CLOSED

## Civil/Criminal CM/ECF System
## District Court of Guam (Hagatna)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00016-ALL

Case title: USA v. Calvo                           Date Filed: 02/23/2005

Assigned to: District Judge Larry A. Burns

**Defendant**

Duane Anthony Calvo (1)           represented by   **Federal Public Defender**
*(001)*                                            Law Offices of Federal Public Defender
*TERMINATED: 02/14/2006*                           First Hawaiian Bldg.
                                                   400 Route 8, Suite 309
                                                   Mongmong, GU 96927-
                                                   671-472-7111
                                                   Fax: 671-472-7120
                                                   *TERMINATED: 11/25/2005*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Federal Public Defender*

                                                   **Curtis Charles Van de veld**
                                                   Van de veld Shimizu Canto and Fisher
                                                   Suite 101, De La Corte Building
                                                   167 East Marine Corps Drive
                                                   Hagatna, GU 96910
                                                   671-472-1131
                                                   Fax: 671-472-2886
                                                   *TERMINATED: 02/21/2006*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Retained*

                                                   **David J. Lujan**
                                                   Lujan, Aguigui and Perez LLP
                                                   Suite 300, Pacific News Building
                                                   238 Archbishop Flores Street
                                                   Hagatna, GU 96910
                                                   671-477-8064/5
                                                   Fax: 671-477-5297
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Retained*

**Pending Counts**                                 **Disposition**

(21:846=CD.F) ATTEMPTED POSSESSION WITH
INTENT TO DISTRIBUTE                               Defendant sentenced to 180 months; 10 years
METHAMPHETAMINE HYDROCHLORIDE                      Supervised Release; $100.00 Special Assessment Fee
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Unassigned

**Defendant**

| | | |
|---|---|---|
| Raymond Gerald Lizama Calvo (2)<br>(002)<br>TERMINATED: 11/03/2005 | represented by | Rawlen M.T. Mantanona<br>Cabot Mantanona LLP<br>BankPacific Building, Second Floor<br>825 South Marine Corps Drive<br>Tamuning, GU 96913<br>671-646-2001<br>Fax: 671-646-0777<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| Pending Counts | Disposition |
|---|---|
| (21:846=CD.F) ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE<br>(1) | Defendant sentenced to 48 months with credit for time served (approximately 1 day); 4 years Supervised Release; 200 hours Community Service; $100.00 Special Assessment Fee; all Fines waived. Defendant to self-surrender to the U.S. Marshals Service on Guam by 12 noon on 01/06/2006 or the designated institution if designation is received prior to 01/06/2006 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Unassigned

**Defendant**

| | | |
|---|---|---|
| John Troy Santos (3)<br>(003)<br>TERMINATED: 10/31/2005 | represented by | David J. Lujan<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| Pending Counts | Disposition |
|---|---|
| (21:846=CD.F) ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE<br>(1) | Defendant sentenced to 65 months; 5 years supervised release; Fine waived; $100 Special Assessment Fee. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

**Plaintiff**

USA                                     represented by   **Karon Johnson**
                                                         Office of the U.S. Attorney
                                                         Suite 500, Sirena Plaza
                                                         108 Hernan Cortez Avenue
                                                         Hagatna, GU 96910
                                                         671-472-7332
                                                         Fax: 671-472-7334
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2005 | 1 | INDICTMENT - Sumns issd. Hrg set for 02/24/05 - 9:30 a.m.; [MBA EOD 02/23/2005] (ORIGINAL GCMS ENTRY 1-1) (cnv) (Entered: 02/23/2005) |
| 02/23/2005 | 2 | APPLICATION & Ord to Seal Rec; [MBA EOD 02/23/2005] (ORIGINAL GCMS ENTRY 2-1) (cnv) (Entered: 02/23/2005) |
| 02/24/2005 | 3 | RETURN of Sumns in a Cr Cs - Exec 02/24/05 (Deft Duane Calvo); [MBA EOD 02/24/2005] (ORIGINAL GCMS ENTRY 3-1) (cnv) (Entered: 02/24/2005) |
| 02/24/2005 | 4 | RETURN of Sumns in a Cr Cs - Exec 02/24/05 (Deft Raymond Calvo); [MBA EOD 02/24/2005] (ORIGINAL GCMS ENTRY 4-1) (cnv) (Entered: 02/24/2005) |
| 02/24/2005 | 5 | RETURN of Sumns in a Cr Cs - Exec 02/24/05 (Deft John Santos); [MBA EOD 02/24/2005] (ORIGINAL GCMS ENTRY 5-1) (cnv) (Entered: 02/24/2005) |
| 02/24/2005 | 6 | ORDER - Federal Public Defender apptd to rep deft Duane Anthony Calvo; Rawlen M.T. Mantanona apptd to rep deft Raymond Gerald Lizama Calvo; & Louie Yanza apptd to rep deft John Troy Santos nunc pro tunc to 02/23/05; [MBA EOD 02/24/2005] (ORIGINAL GCMS ENTRY 6-1) (cnv) (Entered: 02/24/2005) |
| 02/24/2005 | 7 | MINUTE ENTRY - Initial Appearance re Indictment/Arraignment - Defts enter plea of Not Guilty. Pen/ink change to deft 3, John Tracy Santos to read John Troy Santos. No obj. Mr. Yanza reqtd that his client, John Santos, be allowed to surrender his passport upon his return from t/Philippines for his wife's operation. Trial set for 04/25/05 - 9:30 a.m. Defts to be rel on bond (Defts D. Calvo, R. Calvo, J. Santos); [MBA EOD 02/24/2005] (ORIGINAL GCMS ENTRY 7-1) (cnv) (Entered: 02/24/2005) |
| 02/24/2005 | 8 | ORDER - Trial set for 04/25/05 - 9:30 a.m. P/T mtns due NLT 04/08/05 & hrd 04/19/05 - 10:00 a.m. Trial docs due NLT 04/18/05; [MBA EOD 02/24/2005] (ORIGINAL GCMS ENTRY 8-1) (cnv) (Entered: 02/24/2005) |
| 02/25/2005 | 9 | ORDER Setting Conds of Rel (Deft D. Calvo); [MBA EOD 02/25/2005] (ORIGINAL GCMS ENTRY 9-1) (cnv) (Entered: 02/25/2005) |
| 02/25/2005 | 10 | ORDER Setting Conds of Rel (Raymond Calvo); [MBA EOD 02/25/2005] (ORIGINAL GCMS |

| | | |
|---|---|---|
| | | ENTRY 10-1) (cnv) (Entered: 02/25/2005) |
| 02/25/2005 | 11 | ORDER Setting Conds of Rel (Deft John Santos); [MBA EOD 02/25/2005] (ORIGINAL GCMS ENTRY 11-1) (cnv) (Entered: 02/25/2005) |
| 03/01/2005 | 12 | CJA 20 Voucher - R. Mantanona; Applies to: DFT Sealed (002) [LRH EOD 03/01/2005] (ORIGINAL GCMS ENTRY 12-1) (cnv) (Entered: 03/01/2005) |
| 03/01/2005 | 13 | CJA 20 Voucher - L. Yanza; Applies to: DFT Sealed (003) [LRH EOD 03/01/2005] (ORIGINAL GCMS ENTRY 13-1) (cnv) (Entered: 03/01/2005) |
| 03/09/2005 | 14 | INFORMATION Re Ntc of Sent Enhancement; Filed by: GOVPTF United States Of America Applies to: DFT Sealed (001) [JMP EOD 03/09/2005] (ORIGINAL GCMS ENTRY 14-1) (cnv) (Entered: 03/09/2005) |
| 03/29/2005 | 15 | PETITION for Action on Conditions of Pretrial Release - Summons issued. Hearing set for 05/02/05 - 9:30 a.m. (Defendant John Troy Santos); [MBA EOD 04/01/2005] (ORIGINAL GCMS ENTRY 15-1) (cnv) (Entered: 03/29/2005) |
| 04/12/2005 | 16 | RETURN of Summons in a Criminal Case - Executed on 04/12/05; Applies to: DFT Santos, John Troy (003) [VTK EOD 04/12/2005] (ORIGINAL GCMS ENTRY 16-1) (cnv) (Entered: 04/12/2005) |
| 04/21/2005 | 17 | NOTICE of Intent to Change Plea and Request for Hearing; Certificate of Service - Change of Plea set for 04/22/05 - 9:00 a.m. (Defendant Duane Calvo); [MBA EOD 04/21/2005] (ORIGINAL GCMS ENTRY 17-1) (cnv) (Entered: 04/21/2005) |
| 04/21/2005 | 18 | NOTICE of Intent to Change Plea and Request for Hearing; Certificate of Service - Change of Plea set for 04/22/05 - 9:00 a.m. (Defendant Raymond Gerald Lizama Calvo); [MBA EOD 04/21/2005] (ORIGINAL GCMS ENTRY 18-1) (cnv) (Entered: 04/21/2005) |
| 04/21/2005 | 19 | NOTICE of Intent to Change Plea and Request for Service; Certificate of Service (Defendant John Troy Santos); [MBA EOD 04/21/2005] (ORIGINAL GCMS ENTRY 19-1) (cnv) (Entered: 04/21/2005) |
| 04/21/2005 | 20 | ORDER Setting Change of Plea - Scheduled for 04/22/05 at 8:45 a.m.; Applies to: DFT Sealed (003) [JMP EOD 04/21/2005] (ORIGINAL GCMS ENTRY 20-1) (cnv) (Entered: 04/21/2005) |
| 04/22/2005 | 21 | MINUTE ENTRY - Change of Plea - Defendant enters plea of Guilty. Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant pled guilty without a written plea agreement. Status Hearing set for 08/01/05 - 10:00 a.m. Defendant released as previously ordered by the Court. Defendant Duane Anthony Calvo); [MBA EOD 04/25/2005] (ORIGINAL GCMS ENTRY 21-1) (cnv) (Entered: 04/22/2005) |
| 04/22/2005 | 22 | MINUTE ENTRY - Change of Plea - Defendant enters plea of Guilty. Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant pled guilty without a written plea agreement. Status Hearing set for 08/01/05 - 10:00 a.m. Defendant released on bail as previously ordered by the Court (Defendant Raymond Gerald Lizama Calvo); [MBA EOD 04/25/2005] (ORIGINAL GCMS ENTRY 22-1) (cnv) (Entered: 04/22/2005) |
| 04/22/2005 | 23 | MINUTE ENTRY - Change of Plea - Defendant enters plea of Guilty. Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant pled guilty without a written plea agreement. Parties stated that they will submit a stipulation to unseal the case which will include the condition that defendant shall notify his employer of his conviction or his plea. Sentencing set for 08/01/05 - 10:00 a.m Presentence Report due 06/16/05. Defendant released on bail as previously ordered by the Court. Court vacates the 05/02/05 violation hearing (Defendant John Troy Santos); [RSN EOD 04/25/2005] (ORIGINAL GCMS ENTRY 23-1) (cnv) (Entered: 04/22/2005) |
| 04/22/2005 | 24 | CONSENT to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge (Defendant Duane Anthony Calvo); [MBA EOD 04/25/2005] (ORIGINAL GCMS ENTRY 24-1) (cnv) (Entered: 04/22/2005) |
| 04/22/2005 | 25 | REPORT and Recommendation Concerning Plea of Guilty in a Felony Case (Defendant Duane Anthony Calvo); [MBA EOD 04/25/2005] (ORIGINAL GCMS ENTRY 25-1) (cnv) (Entered: 04/22/2005) |
| 04/22/2005 | 26 | CONSENT to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge (Defendant Raymond Gerald Lizama Calvo); [MBA EOD 04/25/2005] (ORIGINAL GCMS ENTRY 26-1) (cnv) |

| | | |
|---|---|---|
| | | (Entered: 04/22/2005) |
| 04/22/2005 | 27 | REPORT and Recommendation Concerning Plea of Guilty in a Felony Case (Defendant Raymond Gerald Lizama Calvo); [MBA EOD 04/25/2005] (ORIGINAL GCMS ENTRY 27-1) (cnv) (Entered: 04/22/2005) |
| 04/22/2005 | 28 | CONSENT to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge (Defendant John Troy Santos); [MBA EOD 04/25/2005] (ORIGINAL GCMS ENTRY 28-1) (cnv) (Entered: 04/22/2005) |
| 04/22/2005 | 29 | REPORT and Recommendation Concerning Plea of Guilty in a Felony Case (Defendant John Troy Santos); [MBA EOD 04/25/2005] (ORIGINAL GCMS ENTRY 29-1) (cnv) (Entered: 04/22/2005) |
| 05/09/2005 | 30 | ACCEPTANCE of Plea of Guilty, Adjudication of Guilty and Notice of Sentencing (Defendant Duane Anthony Calvo); [MBA EOD 05/09/2005] (ORIGINAL GCMS ENTRY 30-1) (cnv) (Entered: 05/09/2005) |
| 05/09/2005 | 31 | ACCEPTANCE of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing (Defendant Raymond Gerald Lizama Calvo); [MBA EOD 05/09/2005] (ORIGINAL GCMS ENTRY 31-1) (cnv) (Entered: 05/09/2005) |
| 05/09/2005 | 32 | ACCEPTANCE of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing (Defendant John Troy Santos); [MBA EOD 05/09/2005] (ORIGINAL GCMS ENTRY 32-1) (cnv) (Entered: 05/09/2005) |
| 05/10/2005 | 33 | CONSENT to Modify Conditions of Release and Order (Defendant John Troy Santos); [MBA EOD 05/10/2005] (ORIGINAL GCMS ENTRY 33-1) (cnv) (Entered: 05/10/2005) |
| 07/14/2005 | 34 | UNITED States Motion to Unseal Case and Set Sentencing and Order - Sentencing set for 10/25/05 - 9:00 a.m. Presentence Report due 09/15/05 (Defendant Duane Anthony Calvo); [MBA EOD 07/14/2005] (ORIGINAL GCMS ENTRY 34-1) (cnv) (Entered: 07/14/2005) |
| 07/14/2005 | 35 | STIPULATION of Parties to Vacate Status Hearing, Unseal Record and Set Sentencing Date - Status Hearing of 08/01/05 vacated. Sentencing set for 10/25/05 - 9:00 a.m. Presentence Report due 09/15/05 (Defendant John Troy Santos); [MBA EOD 07/14/2005] (ORIGINAL GCMS ENTRY 35-1) (cnv) (Entered: 07/14/2005) |
| 07/15/2005 | 36 | STIPULATION of Parties to Vacate Status Hearing; Unseal Record and Set Sentencing Date - Status Hearing of 08/01/05 vacated and Sentencing set for 11/01/05 - 8:30 a.m. Presentence Report due 09/27/05 (Defendant Raymond Gerald Lizama Calvo); [MBA EOD 07/15/2005] (ORIGINAL GCMS ENTRY 36-1) (cnv) (Entered: 07/15/2005) |
| 07/27/2005 | 37 | SUBSTITUTION of Attorney and Order - Defendant Santos substitutes David Lujan in place of Louie J. Yanza; Applies to: DFT Santos, John Troy (003) [JMP EOD 07/28/2005] (ORIGINAL GCMS ENTRY 37-1) (cnv) (Entered: 07/27/2005) |
| 07/29/2005 | 38 | CONSENT to Modify Conditions of Release; Applies to: DFT Santos, John Troy (003) [JMP EOD 07/29/2005] (ORIGINAL GCMS ENTRY 38-1) (cnv) (Entered: 07/29/2005) |
| 07/29/2005 | 39 | STIPULATION and Order to Vacate Status Hearing and Set Sentencing - Status hearing is vacated and sentencing is set for 11/02/05 at 9:00 a.m. Presentence report due on 09/28/05; Applies to: DFT Calvo, Raymond Gerald Lizama (002) [JMP EOD 07/29/2005] (ORIGINAL GCMS ENTRY 39-1) (cnv) (Entered: 07/29/2005) |
| 08/02/2005 | 40 | Motion to Vacate Status Hearing set for 08/01/2005 at 10:00 a.m. by USA as to Duane Anthony Calvo. (mba, ) (Entered: 08/02/2005) |
| 08/03/2005 | 41 | Order granting 40 Motion to Vacate as to Duane Anthony Calvo (1). Signed by Judge Joaquin V.E. Manibusan Jr. on 8/3/2005. (mba, ) (Entered: 08/03/2005) |
| 09/16/2005 | 42 | Order as to Duane Anthony Calvo Sentencing set for 12/14/2005 at 09:15 AM in 4th Floor Courtroom before Senior Judge D. Lowell Jensen. Signed by Judge Joaquin V.E. Manibusan Jr. on 9/16/2005. (mba, ) (Entered: 09/21/2005) |
| 09/22/2005 | 43 | Motion for a One-Level Departure, Statement Adopting Findings of Presentence Report by USA as to Duane Anthony Calvo. (lth, ) (Entered: 09/23/2005) |
| 09/22/2005 | 44 | Motion for a One-Level Departure and Statement Adopting Findings of Presentence Report by |

| | | USA as to John Troy Santos. (mba, ) (Entered: 09/23/2005) |
|---|---|---|
| 09/30/2005 | 45 | Reply to Presentence Investigation Report filed by John Troy Santos (mba, ) (Entered: 09/30/2005) |
| 10/05/2005 | 46 | Motion for a One-Level Departure and Statement Adopting Findings of Presentence Report by USA as to Raymond Gerald Lizama Calvo. (mba, ) (Entered: 10/06/2005) |
| 10/06/2005 | 47 | Status Report; Request for Modification of Release Conditions filed by U.S. Probation Office as to Raymond Gerald Lizama Calvo (mba, ) (Entered: 10/06/2005) |
| 10/07/2005 | 48 | Sentencing Memorandum filed by Raymond Gerald Lizama Calvo (mba, ) (Entered: 10/07/2005) |
| 10/07/2005 | 49 | Amended Reply to Presentence Investigation Report filed by John Troy Santos (mba, ) **Modified on 10/17/2005 to add correct pdf** (mba, ). (Entered: 10/07/2005) |
| 10/07/2005 | 50 | Consent to Modify Conditions of Release and Order. Signed by Judge Joaquin V.E. Manibusan Jr. on 10/7/2005. (mba, ) (Entered: 10/07/2005) |
| 10/11/2005 | 51 | Motion for a Downward Departure by USA as to John Troy Santos. (vtk, ) (Entered: 10/12/2005) |
| 10/11/2005 | 52 | Sentencing Exhibits filed by John Troy Santos (vtk, ). **Modified on 10/17/2005 to attched correct pdf** (mba, ). (Entered: 10/12/2005) |
| 10/11/2005 | 53 | Certificate of Service as to Raymond Gerald Lizama Calvo re 48 Sentencing Memorandum (vtk, ) (Entered: 10/12/2005) |
| 10/12/2005 | 54 | Supplemental Sentencing Exhibits filed by John Troy Santos 52 Sentencing Exhibits (vtk, ) (Entered: 10/12/2005) |
| 10/19/2005 | 55 | Notice of Hearing as to Raymond Gerald Lizama Calvo Sentencing set for 10/31/2005 at 01:30 PM in 4th Floor Courtroom before Judge William H Alsup. (mba, ) (Entered: 10/19/2005) |
| 10/20/2005 | 56 | Certificate of Service as to Raymond Gerald Lizama Calvo re 55 Notice of Hearing (lth, ) (Entered: 10/20/2005) |
| 10/25/2005 | | Judge update in case as to John Troy Santos. Judge William H Alsup added. Judge Unassigned no longer assigned to case. (vtk, ) (Entered: 10/26/2005) |
| 10/25/2005 | 57 | Minute Entry for proceedings held before Judge William H Alsup :Sentencing held on 10/25/2005 for John Troy Santos (3), Count(s) 1, Defendant sentenced to 65 months; 5 years supervised release; Fine waived; $100 Special Assessment Fee. Court grants 51 Motion for a Downward Departure filed by USA. (Court Reporter Wanda Miles.) (vtk, ) (Entered: 10/26/2005) |
| 10/31/2005 | | Judge update in case as to Raymond Gerald Lizama Calvo. Judge William H Alsup added. Judge Unassigned no longer assigned to case. (lth, ) (Entered: 11/01/2005) |
| 10/31/2005 | 59 | Judgment as to John Troy Santos (3), Count(s) 1, Defendant sentenced to 65 months; 5 years supervised release; Fine waived; $100 Special Assessment Fee. . Signed by Judge William H Alsup on 10/28/2005. (lth, ) (Entered: 11/02/2005) |
| 11/01/2005 | 58 | Minute Entry for proceedings held before Judge William H Alsup :Sentencing held on 11/1/2005 for Raymond Gerald Lizama Calvo (2), Count(s) 1, Defendant sentenced to 48 months with credit for time served (approximately 1 day); 4 years Supervised Release; 200 hours Community Service; $100.00 Special Assessment Fee; all Fines waived. Defendant to self-surrender to the U.S. Marshals Service on Guam by 12 noon on 01/06/2006 or the designated institution if designation is received prior to 01/06/2006. (Court Reporter Wanda Miles.) (lth, ) (Entered: 11/01/2005) |
| 11/02/2005 | 60 | Notice of Entry re 59 Judgment (lth, ) (Entered: 11/02/2005) |
| 11/03/2005 | 61 | Certificate of Service as to John Troy Santos re 60 Notice of Entry, 59 Judgment (rsn, ) (Entered: 11/03/2005) |
| 11/03/2005 | 62 | Judgment as to Raymond Gerald Lizama Calvo (2), Count(s) 1, Defendant sentenced to 48 months with credit for time served (approximately 1 day); 4 years Supervised Release; 200 hours Community Service; $100.00 Special Assessment Fee; all Fines waived. Defendant to self-surrender to the U.S. Marshals Service on Guam by 12 noon on 01/06/2006 or the designated institution if designation is received prior to 01/06/2006. Signed by Judge William H Alsup on |

| | | |
|---|---|---|
| | | 11/03/2005. (lth, ) (Entered: 11/04/2005) |
| 11/04/2005 | 63 | Notice of Entry re 62 Judgment (lth, ) (Entered: 11/04/2005) |
| 11/07/2005 | 64 | Certificate of Service as to Raymond Gerald Lizama Calvo re 63 Notice of Entry, 62 Judgment. (vtk, ) (Entered: 11/07/2005) |
| 11/18/2005 | 65 | Motion to Substitute Attorney by Duane Anthony Calvo. (rsn, ) (Entered: 11/18/2005) |
| 11/25/2005 | 66 | Order granting 65 Substitution of Counsel. Curtis Charles Van de Veld for Duane Anthony Calvo replacing Federal Public Defender. Signed by Judge Joaquin V.E. Manibusan Jr. on 11/25/2005. (mba, ) (Entered: 11/25/2005) |
| 12/07/2005 | 67 | Stipulation to Continue Sentencing Hearing by Duane Anthony Calvo. (lth, ) (Entered: 12/07/2005) |
| 12/09/2005 | 68 | Order granting 67 Stipulation to Continue Sentencing as to Duane Anthony Calvo (1) Sentencing previously scheduled for 12/14/2005 at 9:15 a.m. is continued to 2/8/2006 at 09:30 AM in 4th Floor Courtroom before District Judge Larry A. Burns. Signed by Judge D. Lowell Jensen on 12/9/2005. (lth, ) **Modified on 12/15/2005 to change sentencing date from 2/8/2005 to 2/8/2006** (mba, ). **Modified on 12/21/2005 to correct docket text from 2005 to 2006. (rmm, ) ** (Entered: 12/09/2005) |
| 12/22/2005 | 69 | Request to Travel by U.S. Probation Office as to John Troy Santos. (lth, ) (Entered: 12/23/2005) |
| 12/27/2005 | 70 | Permission to Travel and Order as to John Troy Santos re 69 Request to Travel filed by U.S. Probation Office. Signed by Judge Joaquin V.E. Manibusan Jr. on 12/27/2005. (lth, ) (Entered: 12/27/2005) |
| 12/27/2005 | | Judge update in case as to Raymond Gerald Lizama Calvo, John Troy Santos. Judge Unassigned added. Judge William H Alsup no longer assigned to case. (lth, ) (Entered: 12/27/2005) |
| 02/06/2006 | 71 | Motion for a Downward Departure by USA as to Duane Anthony Calvo. (vtk, ) (Entered: 02/06/2006) |
| 02/08/2006 | 72 | Submission of Exhibits filed by Duane Anthony Calvo. (vtk, ) (Entered: 02/08/2006) |
| 02/08/2006 | | Judge update in case as to Duane Anthony Calvo. Judge Larry A. Burns added. Judge Unassigned no longer assigned to case. (vtk, ) (Entered: 02/08/2006) |
| 02/08/2006 | 73 | Minute Entry for proceedings held before Judge Larry A. Burns: Sentencing held on 2/8/2006 for Duane Anthony Calvo (1), Count(s) 1. Defendant sentenced to 180 months; 10 years Supervised Release; $100.00 Special Assessment Fee. The Court granted the 71 Motion for a Downward Departure and 43 Motion for a One-Level Departure.(Court Reporter Wanda Miles.) (vtk, ) (Entered: 02/09/2006) |
| 02/14/2006 | 74 | Judgment as to Duane Anthony Calvo (1), Count(s) 1, Defendant sentenced to 180 months; 10 years Supervised Release; $100.00 Special Assessment Fee. Signed by Judge Larry A. Burns on 2/13/06. (vtk, ) (Entered: 02/14/2006) |
| 02/14/2006 | 75 | ** SEALED Document Pursuant to E-Government Act of 2002 ** Judgment as to Duane Anthony Calvo. (vtk, ) (Entered: 02/14/2006) |
| 02/14/2006 | 76 | Notice of Entry re 74 Judgment. (vtk, ) (Entered: 02/14/2006) |
| 02/14/2006 | 77 | Judgment Returned Executed as to John Troy Santos on 01/05/2006. (vtk, ) (Entered: 02/14/2006) |
| 02/15/2006 | 78 | Certificate of Service as to Duane Anthony Calvo re 74 Judgment, 76 Notice of Entry. (vtk, ) (Entered: 02/15/2006) |
| 02/16/2006 | 79 | Motion to Allow Defendant Expedited Visitation, and Non-Objection by Government by Duane Anthony Calvo. (vtk, ) **Modified on 2/17/2006 to correct docket text (vtk, ).** (Entered: 02/16/2006) |
| 02/16/2006 | 80 | Amended Certificate of Service as to Duane Anthony Calvo re 74 Judgment, 76 Notice of Entry, 78 Certificate of Service. (vtk, ) (Entered: 02/16/2006) |
| 02/21/2006 | 81 | Substitution of Counsel and Entry of Appearance by Duane Anthony Calvo. (vtk, ) (Entered: 02/21/2006) |

| | | |
|---|---|---|
| 02/21/2006 | 82 | Notice of Appeal filed by Duane Anthony Calvo re 74 Judgment. Filing fee $ 255, receipt number 28144. (lth, ) (Entered: 02/21/2006) |
| 02/21/2006 | 83 | Amended Notice of Appeal filed by Duane Anthony Calvo re 82 Notice of Appeal, 74 Judgment (lth, ) (Entered: 02/21/2006) |
| 02/21/2006 | 84 | Order for Time Schedule Transcript Order Form due by 3/23/2006. Court Reporter Transcript due by 4/22/2006. (lth, ) (Entered: 02/21/2006) |
| 02/21/2006 | 85 | Order granting 79 Motion to Allow Defendant Expedited Visitation, and Non-Objection by Government as to Duane Anthony Calvo (1). Signed by Judge Joaquin V.E. Manibusan Jr. on 2/21/2006. (lth, ) (Entered: 02/21/2006) |
| 02/21/2006 | 86 | Order granting 81 Substitution of Counsel and Entry of Appearance as to Duane Anthony Calvo (1). David J. Lujan is substituted and retained as counsel. Signed by Judge Joaquin V.E. Manibusan Jr. on 2/21/2006. (lth, ) (Entered: 02/21/2006) |
| 02/22/2006 | 87 | Certificate of Service as to Duane Anthony Calvo re 85 Order granting 79 Motion to Allow Defendant Expedited Visitation, and Non-Objection by Government (lth, ) (Entered: 02/22/2006) |
| 03/23/2006 | 88 | Transcript Request filed by Duane Anthony Calvo for proceedings held on 02/08/2006 before Judge Larry Alan Burns, re 82 Notice of Appeal - Final Judgment, 83 Amended Notice of Appeal - Final Judgment. Court Reporter Transcript due by 4/22/2006. (lth, ) (Entered: 03/23/2006) |
| 03/30/2006 | 89 | Transcript of Proceedings as to Duane Anthony Calvo for Sentencing Hearing of 2/8/2006 before Judge Larry Alan Burns (Related document: 83 Notice of Appeal). Court Reporter: Wanda M. Miles. (Attachments: # 1 Divided for Imaging Purposes)(mba, ) (Entered: 03/30/2006) |
| 03/30/2006 | | Certificate of Record transmitted to Ninth Circuit Court of Appeals as to Duane Anthony Calvo. (mba, ) (Entered: 06/28/2006) |
| 05/03/2006 | | Order from USCA re appellant's notice to augment the record (filing of a supplemental Transcript Designation Form) as to Duane Anthony Calvo. (mba, ) (Entered: 05/09/2006) |
| 05/09/2006 | 90 | Transcript of Proceeding filed as to Duane Anthony Calvo for dates of 4/22/2005 before Judge Joaquin V. E. Manibusan, Jr. re 83 Notice of Appeal. Court Reporter: Wanda M. Miles. (mba, ) **Modified on 5/10/2006 to reflect correct date of hearing from 4/22/2006 to 4/22/2005** (vtk) (Entered: 05/09/2006) |
| 05/09/2006 | 91 | Judgment Returned Executed as to Raymond Gerald Lizama Calvo on 1/31/2006. (mba, ) (Entered: 05/10/2006) |
| 11/21/2006 | 92 | USCA Request for Record on Appeal as to Duane Anthony Calvo re 82 Notice of Appeal, 83 Amended Notice of Appeal. (mba, ) **Modified on 11/21/2006 to add defendant relation to docket text** (mba, ). (Entered: 11/21/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/21/2006 11:42:02 | | | |
| PACER Login: | us7915 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cr-00016 |
| Billable Pages: | 7 | Cost: | 0.56 |

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Appellee,<br><br>- vs -<br><br>DUANE ANTHONY CALVO,<br><br>            Appellant. | )<br>)<br>)   C.A. #06-10118<br>)   D.C. #CR-05-00016-001-LAB<br>)<br>)<br>)<br>)<br>)<br>) |

RECORD ON APPEAL

FROM THE TERRITORY OF GUAM

RECORD ON APPEAL
(ONE VOLUME)
REPORTER'S TRANSCRIPT
(TWO VOLUMES)

THE HONORABLE LARRY ALAN BURNS, DESIGNATED JUDGE

NAMES AND ADDRESSES OF ATTORNEYS OF RECORD

David J. Lujan
Lujan, Aguigui & Perez LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910

Karon V. Johnson
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

November 30, 2006

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
 FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California  94119-3939

Re:  C.A. No. 06-10118 - CR-05-00016-001-LAB
     **UNITED STATES OF AMERICA**
          - vs -
     **DUANE ANTHONY CALVO**

**Attn: Records Department**

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(One Volume)**
- Reporter's Transcript **(Two Volumes)**
- Docket Sheet

Sincerely,

Marilyn B. Aldon
Deputy Clerk

Enclosures

**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**