## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>DUANE ANTHONY CALVO<br><br>　　　Defendant. | Criminal Case No. 05-00016<br><br><br><br><br><br>ORDER |

On April 30, 2007, the court received a mandate from the United States Court of Appeals for the Ninth Circuit remanding this case for resentencing. Consistent with the terms of the mandate, resentencing is scheduled for Thursday, August 30, 2007 at 9:30 a.m. A Revised Presentence Report is due to the parties by July 27, 2007. The parties' responses or memorandums are due August 10, 2007 and the Final Revised Presentence Report is due on August 20, 2007.

IT IS FURTHER ORDERED that the United States Marshal Service shall forthwith transport the Defendant back to Guam by July 18, 2007.

SO ORDERED.

　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　**Dated: May 02, 2007**