IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00016-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE RESENTENCING HEARING** |
| DUANE ANTHONY CALVO, | ) | |
| Defendant. | ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Resentencing Hearing set for August 30, 2007 at 9:30 a.m. The defendant returned to Guam from the Federal Bureau of Prisons on July 15, 2007, however, the Probation Officer has not yet interviewed the defendant for the presentence report. The presentence interview will be conducted on August 9, 2007 with the defendant's attorney, Mr. Peter C. Perez. Assistant U.S. Attorney Karon V. Johnson has no objection to continue the Resentencing Hearing.

Respectfully submitted this __25th__ day of July 2007.

                                        Respectfully submitted,
                                        ROSSANNA VILLAGOMEZ-AGUON
                                        Acting Chief U.S. Probation Officer

By: 
                                        /s/ MARIA C. CRUZ
                                        U.S. Probation Officer

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc:     Karon V. Johnson, AUSA
        Peter C. Perez, Defense Counsel