ROSSANNA VILLAGOMEZ-AGUON
Acting Chief Probation Officer
MARIA C. CRUZ
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | **RESENTENCING HEARING** |
| | ) | |
| DUANE ANTHONY CALVO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the United States Probation Officer's request to continue the Resentencing Hearing, **IT IS SO ORDERED** that the Resentencing Hearing currently scheduled for August 30, 2007 is hereby rescheduled to November 1, 2007 at 9:30 a.m. The presentence report shall be provided to the parties no later than September 27, 2007. The parties shall file their responses to the presentence report no later than October 11, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than October 25, 2007.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Jul 25, 2007**