IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00016-001 |
| Plaintiff, | ) ) ) | **REQUEST TO CONTINUE** |
| vs. | ) ) | **RESENTENCING HEARING** |
| DUANE ANTHONY CALVO, | ) ) | |
| Defendant. | ) ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Resentencing Hearing set for November 1, 2007. The defendant returned to Guam from the Federal Bureau of Prisons on July 15, 2007, however, the Probation Officer has not interviewed the defendant. Numerous meetings have been scheduled but the defendant's counsel, Peter C. Perez, postponed the interviews of his client and insisted on his presence. On October 12, 2007, the Probation Officer informed Mr. Perez that an interview has been set for October 25, 2007. Mr. Perez assured the Probation Officer that he will be present and not postpone the meeting. The Probation Officer requires additional time following the interview to complete the presentence report.

Respectfully submitted this __16th__ day of October 2007.

                                             Respectfully submitted,

                                             ROSSANNA VILLAGOMEZ-AGUON
                                             Acting Chief U.S. Probation Officer

By:   /s/ MARIA C. CRUZ
                                                U.S. Probation Officer

Reviewed by:



/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist