# UNITED STATES DISTRICT COURT

DISTRICT OF  GUAM

**UNITED STATES OF AMERICA**

V.

**DUANE ANTHONY CALVO**

**NOTICE**

CASE NUMBER:  **CR-05-00016-001**

TYPE OF CASE:

☐ CIVIL     X  CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

TYPE OF PROCEEDING

**RESENTENCING**

X  **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | December 7, 2007 at 10:30 A.M. | December 13, 2007 at 10:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 23, 2007                                  Virginia T. Kilgore
DATE                                                           /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
       Lujan, Aguigui & Perez
       U.S. Probation Office
       U.S. Marshals Service