| | |
|---|---|
| 1  LUJAN AGUIGUI & PEREZ LLP<br>Attorneys at Law<br>2  Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>3  Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>4  Facsimile (671) 477-5297 | **FILED**<br>DISTRICT COURT OF GUAM<br>NOV 30 2007<br>JEANNE G. QUINATA<br>Clerk of Court |

*Attorneys for Defendant Duane Anthony Calvo*

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DUANE ANTHONY CALVO,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING** |

The parties herein stipulate to continuing the sentencing hearing currently set for December 13, 2007 to a date no earlier than thirty (30) days later. This continuance is requested by the defense for the reasons stated in the Justification for Continuing the Sentencing hearing.

IT IS SO STIPULATED this _____ day of November, 2007.

| | |
|---|---|
| **LUJAN AGUIGUI & PEREZ LLP**<br><br><br>PETER C. PEREZ, ESQ.<br>*Attorney for Defendant Duane Anthony Calvo* | **LEONARDO M. RAPADAS**<br>**UNITED STATES ATTORNEY**<br>**DISTRICTS OF GUAM AND NMI**<br><br><br>KARON V. JOHNSON, ESQ.<br>Assistant U.S. Attorney |

C-0077/661-00/0661/PCP: wdj

ORIGINAL