LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Duane Anthony Calvo*

FILED
DISTRICT COURT OF GUAM
NOV 30 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00016 |
| vs. | JUSTIFICATION FOR CONTINUING THE SENTENCING HEARING |
| DUANE ANTHONY CALVO, | |
| Defendant. | |

1

*United States of America vs. Duane Anthony Calvo*
District Court Criminal Case No. CR05-00016
Justification for Continuing Sentencing Hearing

Case 1:05-cr-00016  Document 108  Filed 11/30/2007  Page 1 of 3

ORIGINAL

COME NOW the parties, the United States of America, and the Defendant, through his counsel, Peter C. Perez, and submit that the stipulation to continue the sentencing hearing, in the above captioned matter, is warranted, for the following reasons:

1. I am the attorney for the defendant, Duane Calvo.
2. The sentencing hearing is currently scheduled for December 13, 2007.
3. I respectfully request a continuance of the sentencing date to a date no earlier than January 14, 2008 for the following reasons:

   a. The defense intends to call a law enforcement witness to testify to Calvo's cooperation efforts. The defense has attempted to set up an appointment with said witness however the defense was advised that the witness was on leave until the middle of December. This witness' testimony is relevant to the amount of cooperation credit the defendant should receive for his substantial assistance to authorities.

   b. The defense has been in contact with Calvo's prior counsel, Kim Savo, who currently resides off island. Attorney Savo has information concerning the stipulated facts at the change of pleas hearing, the cooperation efforts of the defendant, and the conduct of law enforcement agents in connection thereto, the offense conduct, and statements purportedly made to law enforcement. The defense needs additional time to coordinate the assembly of information which is relevant to sentencing issues.

   c. The defense is attempting to contact Bureau of Prisons officials concerning incarceration issues raised by the Probation Office in the PSR.

   d. The defense is attempting to discover law enforcement reports relating to the defendant's cooperation efforts.

   e. The defense is also assembling further sentencing exhibits for the Court's consideration at the sentencing relating to Calvo's history and character, the facts and circumstances relating to the offense, and the defendant's cooperation efforts.

   f. Defense counsel intended to be on leave on the currently scheduled sentencing date to attend school functions for counsel's children which are scheduled on the same date.

2

*United States of America vs. Duane Anthony Calvo*
**District Court Criminal Case No. CR05-00016**
Justification for Continuing Sentencing Hearing

Case 1:05-cr-00016    Document 108    Filed 11/30/2007    Page 2 of 3

g. Additional time is needed in order to ensure that the defendant is ready to be sentenced, that evidence relevant to sentencing issues is ready and available for presentation, and to ensure that the defendant receives effective representation

h. The defendant has been sentenced to 180 months of incarceration, is currently receiving credit for time served, and intends to seek a sentence lower than that originally imposed.

4. This request for a continuance of the sentencing hearing is made in the interests of justice.

Dated this 30 day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez

**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Duane Anthony Calvo*

C-0077/661-00/0661/PCP: wdj

3

*United States of America vs. Duane Anthony Calvo*
**District Court Criminal Case No. CR05-00016**
Justification for Continuing Sentencing Hearing

Case 1:05-cr-00016   Document 108   Filed 11/30/2007   Page 3 of 3