IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00016 |
|---|---|
| Plaintiff, | ) ORDER re: STIPULATION<br>) CONTINUING SENTENCING DATE |
| vs. | ) |
| DUANE ANTHONY CALVO, | ) |
| Defendant. | ) |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for December 13, 2007 at 10:30 a.m. is hereby continued to Thursday, January 17, 2008, at 10:30 a.m.



**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Dec 06, 2007**