AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM** _____

**UNITED STATES OF AMERICA**

V.

**DUANE ANTHONY CALVO**

**NOTICE**

CASE NUMBER: **CR-05-00016001**

TYPE OF CASE:

☐ CIVIL   X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**RESENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | January 17, 2008 at 10:30 A.M. | February 25, 2008 at 9:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 14, 2008               Virginia T. Kilgore
DATE                           /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Lujan, Aguigui and Perez LLP
      U.S. Probation Office
      U.S. Marshals Service