▲AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
**DISTRICT COURT OF GUAM**
**JAN 15 2008**
**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES OF AMERICA

V.

DUANE ANTHONY CALVO,

SUBPOENA IN A
CRIMINAL CASE

Case Number: 05-00016

TO: THU LOAN THAI DANG

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court, District of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | COURTROOM<br>4TH FLOOR |
| --- | --- |
| | DATE AND TIME<br>THURSDAY, JANUARY 17, 2008<br>10:30 A.M. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>JEANNE G. QUINATA, Clerk of Court<br>(By) Deputy Clerk *[signature]* | DATE 1/15/2008 |
| --- | --- |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
KARON V. JOHNSON, Assistant U.S. Attorney
Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagatna, Guam 96910
Tel: (671) 472-7334

ORIGINAL

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| | PROOF OF SERVICE | |
|---|---|---|
| | DATE | PLACE |
| RECEIVED BY SERVER | 1/15/2008 | USA Office Hagatna, GU |
| SERVED | DATE 1/15/2008 | PLACE USA Office Hagatna, GU |
| SERVED ON (PRINT NAME) Thu Loan Thai Dave | | FEES AND MILEAGE TENDERED TO WITNESS YES    NO    AMOUNT $ |
| SERVED BY (PRINT NAME) Michelle Jose | | TITLE Special Agent |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  1/15/2008
                   DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
108 Hernan Cortez #302
Hagatna, GU

ADDITIONAL INFORMATION