IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00016 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| DUANE ANTHONY CALVO, | ) | |
| Defendant. | ) | |

Based on the filings submitted by both parties concerning the Presentence Report, the court is concerned that the Defendant may seek to withdraw his guilty plea. In light of that concern, the court orders the Defendant to either file a statement that he will not seek to do so or file a Motion to Withdraw his plea. The Defendant has until February 22, 2008 at 3:00 p.m. to submit the appropriate pleading. Any response by the Government shall be filed by February 29, 2008 at 3:00 p.m. The court also orders that the Defendant file a response to the Government's Memorandum Concerning Need for Evidentiary hearing, filed on November 9, 2007. This filing is due no later than February 22, 2008 at 3:00 p.m. The Sentencing currently scheduled for February 25, 2008 at 9:00 a.m. is hereby vacated, and a status conference is scheduled for March

13, 2008, at 1:30 p.m.

IT IS SO ORDERED this 13th day of February, 2008.

 /s/ Frances M. Tydingco-Gatewood
    Chief Judge