**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant Duane Anthony Calvo*

FILED
DISTRICT COURT OF GUAM
FEB 22 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>DUANE ANTHONY CALVO,<br><br>    Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**DEFENDANT'S RESPONSES TO FEBRUARY 13, 2008 COURT ORDER** |

Defendant, by and through counsel, **LUJAN AGUIGUI & PEREZ LLP**, responds to this Court's Order dated February 13, 2008, as follows, *inter alia*:

1. Defendant does not request that his guilty plea be withdrawn.

2. Defendant believes that the sentencing hearing will need to be an evidentiary hearing because the parties will be required, in order to assert their respective sentencing positions, evidence on the following issues: (a) any drug quantity above 50 grams that the Government may assert is attributable to the Defendant; (b) any drug purity resulting in a drug quantity above 50 grams that the Government may assert is attributable to the Defendant; (c) whether or not the Government engaged in sentencing entrapment and whether or not a downward departure on this ground should be applied; (d) the amount of

substantial assistance credit the Defendant should be given; and, (e) the appropriate sentence to be imposed in this matter.

Dated this 22nd day of February, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorneys for Defendant Duane Anthony Calvo*

C-0077/661-00/0661/PCP/dmg

---

Page 2 of 2
*United States of America v. Duane Anthony Calvo;*
District Court Criminal Case No. CR05-00016
Defendant's Responses to February 13, 2008 Court Order
Case 1:05-cr-00016    Document 115    Filed 02/22/2008    Page 2 of 2