AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT     **GUAM**

**UNITED STATES OF AMERICA**

V.

**DUANE ANTHONY CALVO**

**NOTICE**

CASE NUMBER: **CR-05-00016-001**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**STATUS CONFERENCE**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 13, 2008 at 1:30 P.M. | CONTINUED TO DATE AND TIME<br><br>April 9, 2008 at 10:30 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| March 6, 2008 | Virginia T. Kilgore |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:     U.S. Attorney's Office
          Lujan, Aguigui and Perez LLP
          U.S. Probation Office
          U.S. Marshals Service

Case 1:05-cr-00016     Document 118     Filed 03/06/2008     Page 1 of 1