| | FILED |
|---|---|
| 1  LUJAN AGUIGUI & PEREZ LLP | DISTRICT COURT OF GUAM |
| 2  DNA Building, Suite 300 | |
|    238 Archbishop Flores Street | MAR 1 1 2008 |
| 3  Hagåtña, Guam 96910 | |
|    Telephone: (671) 477-8064 | JEANNE G. QUINATA |
| 4  Facsimile: (671) 477-5297 | Clerk of Court |

*Attorneys for Defendant Duane Anthony Calvo*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00016 |
|---|---|
| Plaintiff, | |
| -vs- | **DEFENDANT DUANE ANTHONY CALVO'S APPLICATION TO SEAL SENTENCING EXHIBITS** |
| DUANE ANTHONY CALVO, | |
| Defendant. | |

Defendant, Duane Anthony Calvo, by and through counsel, Peter C. Perez, Esq. of Lujan Aguigui & Perez LLP, moves this Honorable Court for an order sealing Defendant's Sentencing Exhibits in the above-entitled case for the reason that references to investigations by the government and possible targets are noted and further cooperation and/or investigation efforts may be hindered if public disclosure is made.

Dated this 11th day of March, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: 

**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Duane Anthony Calvo*

C-0077/661-00/0661/PCP/dmg