

**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant Duane Anthony Calvo*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>DUANE ANTHONY CALVO,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**DECLARATION OF COUNSEL** |

1. I am the attorney for the Defendant, Duane Anthony Calvo, who awaits sentencing by the Court.

2. The Defendant requests permission to seal sentencing exhibits which exhibits include information pertaining to government investigations related to the instant case, the disclosure of which may compromise government investigations and/or further cooperation efforts by the Defendant.

3. Accordingly, an Application to Seal Defendant's Sentencing Exhibits is submitted concurrently herewith and it is respectfully requested that permission be granted to file these exhibits under seal.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated this 11th day of March, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**PETER C. PEREZ, ESQ.**

C-0077/661-00/0661/PCP/dmg