**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile:  (671) 477-5297

*Attorneys for Defendant Duane Anthony Calvo*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00016 |
|---|---|
| Plaintiff, | |
| -vs- | **ORDER RE: DEFENDANT DUANE ANTHONY CALVO'S APPLICATION TO SEAL SENTENCING EXHIBITS** |
| DUANE ANTHONY CALVO, | |
| Defendant. | |

Defendant Duane Anthony Calvo's Application to Seal Sentencing Exhibits is hereby granted.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 12, 2008**