calvo.sentrsp



LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAR 13 2008 

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DUANE ANTHONY CALVO,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00016<br><br>**GOVERNMENT'S OPPOSITION TO SEALING ANY EXHIBITS** |

The government opposes defendant's motion to seal any defense exhibits. Defendant alleges that the information contained therein might compromise government investigations. There are no government investigations concerning anything even remotely related to defendant or his criminal activities. Members of the Chan/Dang ring, for whom he was distributing, have all been convicted and sentenced. His confederates in the present offense have been convicted and sentenced. The government would not under any circumstances accept any offers by

//
//
//

defendant to assist in any investigations of any kind, whatsoever. Hence, there is nothing pertaining to his resentencing which should be sealed.

RESPECTFULLY SUBMITTED this 13th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney