**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant Duane Anthony Calvo*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-vs-<br><br>DUANE ANTHONY CALVO,<br><br>                Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO COURT'S FEBRUARY 13, 2008 ORDER AND THE GOVERNMENT'S MEMORANDUM CONCERNING DEFENDANT'S GUILTY PLEA** |

Defendant Duane Anthony Calvo's Motion for Leave to File Supplemental Response to Court's February 13, 2008 Order and the Government's Memorandum Concerning Defendant's Guilty Plea is hereby granted.

**SO ORDERED.**

                                  **/s/ Frances M. Tydingco-Gatewood**
                                      Chief Judge
                                **Dated: Mar 18, 2008**