LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DUANE ANTHONY CALVO,<br><br>                Defendant. | CRIMINAL CASE NO. **05-00016**<br><br>**CERTIFICATE OF SERVICE** |

       I hereby certify that on April 18, 2008, I electronically filed United States Motion to Set Sentencing Date with the Clerk of Court using the CM/ECF system, and I hereby certify that on April 18, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants: Peter C. Perez, Suite 301, DNA Building, 238 Archbishop Flores Street, Hagatna, Guam.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

                       By:   <u>/s/ Karon V. Johnson</u>
                               KARON V. JOHNSON
                               Assistant U.S. Attorney
                               108 Hernan Cortez Ave., Ste.500
                               Hagatna, Guam 96910
                               (671) 472-7332