April 23, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**FILED**

DISTRICT COURT OF GUAM

MAY 0 1 2008

JEANNE G. QUINATA
Clerk of Court

**District Court/Agency:** USDC Guam
**Lower Court Number:** CR-05-00116-LAB
**Appeal Number:** 06-10118
**Short Title:** USA v. Calvo

|  | Volumes |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 |  |  | 0 | Certified Copy(ies) |  |  |  |
| **Reporters Transcripts in:** | 2 |  |  |  |  |  |  |  |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|  | 0 | Other |  |  |  |  |  |  |
| **State Lodged Docs in:** | 0 | Envelopes |  | Expandos | 0 | Folders | 0 | Boxes |
|  | 0 | Other |  |  |  |  |  |  |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.