# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DUANE ANTHONY CALVO,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**ORDER SETTING SENTENCING HEARING DATE** |

The court having reviewed the case file and the United States' Motion to Set Sentencing Date, HEREBY ORDERS that sentencing for the above named Defendant is set for June 30, 2008, at 9:30 a.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
　**Chief Judge**
**Dated: May 14, 2008**