✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE** |
| V. | |
| **DUANE ANTHONY CALVO** | CASE NUMBER: **CR-05-00016-001** |

TYPE OF CASE:

☐ **CIVIL**   X   **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| | |

TYPE OF PROCEEDING

**SENTENCING**

X   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>July 7, 2008 at 9:30 A.M. | CONTINUED TO DATE AND TIME<br><br>August 5, 2008 at 10:30 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| June 2, 2008 | Virginia T. Kilgore |
| DATE | /s/ (BY) DEPUTY CLERK |

TO:   U.S. Attorney's Office
   Peter C. Perez, Esq.
   U.S. Probation Office
   U.S. Marshals Service