**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant Duane Anthony Calvo*

FILED
DISTRICT COURT OF GUAM

JUL 30 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　-vs-<br><br>DUANE ANTHONY CALVO,<br><br>　　　　Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**NOTICE OF OBJECTION** |

Defendant, DUANE ANTHONY CALVO, by and through counsel, LUJAN AGUIGUI & PEREZ, LLP, objects to the government's presentation of recorded testimony of intended re-sentencing witness, KIMMIE DANG, unless the government makes her available for cross-examination. Defense counsel has been advised by Ms. Dang's counsel, Attorney Van de Veld, that she will be on Guam August 3, 2008.

Dated this 30 day of July, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: /s/ Peter C. Perez
**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Duane Anthony Calvo*

C-0077/661-00/0661/PCP/dmg

**ORIGINAL**