

**LUJAN AGUIGUI & PEREZ** LLP
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

**FILED**
**DISTRICT COURT OF GUAM**

AUG 0 1 2008 R.D.

**JEANNE G. QUINATA**
**Clerk of Court**

*Attorneys for Defendant Duane Anthony Calvo*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>DUANE ANTHONY CALVO,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**MOTION TO CONTINUE SENTENCING HEARING** |

Defendant, DUANE A. CALVO, by and through counsel, LUJAN AGUIGUI & PEREZ LLP, moves this Court to continue the re-sentencing hearing currently set for August 5, 2008 to August 8, 2008 or to a date within two weeks thereafter if convenient for the Court. This continuance is made in the interests of justice and requested by the defense for the reasons stated in the justification filed contemporaneously herewith to ensure witness, exhibit and discovery availability for the sentencing hearing.

Dated this 1st day of August 08.

**LUJAN AGUIGUI & PEREZ** LLP



By: _____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Duane Anthony Calvo*

C-0077/661-00/0661/PCP/dmg