

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297



FILED
DISTRICT COURT OF GUAM

AUG 0 1 2008 *r-p*

JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendant Duane Anthony Calvo*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE ANTHONY CALVO,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**JUSTIFICATION FOR CONTINUING THE SENTENCING HEARING** |

COMES NOW the Defendant, through his counsel, Peter C. Perez, and submits that the motion to continue the sentencing hearing, in the above captioned matter, is warranted, for the following reasons:

1. The government, upon information and belief, intends to present recorded testimony of a witness at Defendant's re-sentencing hearing. Defendant objects to the presentation of this testimony unless the government makes the witness available for examination. I have contacted the witness' attorney, Curtis Van de Veld, who advised that his client would be on Guam on Sunday and remain here for approximately two weeks. This witness would be expected to testify or provide a sworn statement for the defense concerning matters relating to drug quantity and sentencing entrapment. However, because she arrives on Sunday, only one day is available prior to the sentencing hearing to meet with the witness or arrange service of a subpoena. Additional

time would facilitate defense counsel meeting with her and arranging her presence at the sentencing hearing.

2. I have been working with Defendant's prior attorney, Kim Savo, who no longer resides on Guam, to provide a statement, letter or declaration on Defendant's behalf, concerning issues which affected Defendant's original sentence. When I followed up with her office concerning this, I was advised that she would be out of the office until August 4, 2008, west coast time, which is the day of the sentencing hearing on Guam. Her associate advised that he would try to e-mail her but did not express confidence that she would be reachable prior to August 4, 2008. Additional time would facilitate obtaining a letter or declaration from Attorney Savo.

3. I have requested the discovery materials for Defendant's case from the government. The government has not provided the discovery to me. I was Defendant's appellate attorney not his trial level attorney and had never been given discovery as I would have had I been his trial level attorney. I had requested discovery material from prior defense counsels but none had the materials. The discovery materials are essential to preparation for the sentencing hearing.

4. I request that the sentencing hearing currently scheduled for August 5, 2008 be continued to August 8, 2008 or a date within two weeks thereafter, to be set by the Court. Such a continuance should be sufficient to complete the above matters, provided the government cooperates in providing discovery in a timely manner.

////

////

2

*USA vs. Duane Anthony Calvo*;
Criminal Case No. CR05-00016
**Justification for Continuing the Sentencing Hearing**
**(Filed Under Sealed)**

Case 1:05-cr-00016    Document 135    Filed 08/01/2008    Page 2 of 3

This request for continuance is made in the interest of justice and for the reasons stated herein, which, it is submitted constitutes good cause for the continuance.

Respectfully submitted this 1st day of August, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez

PETER C. PEREZ, ESQ.
*Attorneys for Defendant*

C-0077/661-00/0661/PCP/dmg

---

3

*USA vs. Duane Anthony Calvo*;
Criminal Case No. CR05-00016
**Justification for Continuing the Sentencing Hearing**
(Filed Under Sealed)