**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant Duane Anthony Calvo*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>DUANE ANTHONY CALVO,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**ORDER GRANTING CONTINUANCE OF SENTENCING HEARING** |
|---|---|

The Court having reviewed the Motion to Continue Sentencing Hearing and the Justification for Continuing the Sentencing Hearing, IT IS HEREBY ORDERED that the Sentencing Hearing currently set for August 5, 2008 at 10:30 a.m. is continued to August 8, 2008 at 1:30 p.m.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Aug 04, 2008**