AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Guam

UNITED STATES OF AMERICA,
               Plaintiff,

v.

DUANE ANTHONY CALVO,
               Defendant.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: CR05-00016

**FILED**
DISTRICT COURT OF GUAM

AUG 0 7 2008

JEANNE G. QUINATA
Clerk of Court

TO: Kimmie Dang
c/o Curtis Van de Veld, Esq.
2nd Flr. Historical House
123 Hernan Cortes Avenue
Hagatna, Guam

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | 413 |
| | DATE AND TIME |
| | 08/08/08 @ 1:30 p.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Jeanne G. Quinata, Clerk of Court<br>(By) Deputy Clerk [signature] | AUG 0 7 2008 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Peter C. Perez, Esq.
Lujan Aguigui & Perez, LLP, DNA Bldg., Ste. 300, 238 Archbishop Flores Street
Hagatna, Guam; (671) 477-8064

ORIGINAL

Case 1:05-cr-00016    Document 139    Filed 08/07/2008    Page 1 of 2

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE<br>Aug. 7, 2008 | PLACE | 123 Hernan Cortes Historical House Ave Hagatna GU. |
| SERVED | DATE<br>Aug. 8, 2008 | PLACE | Law Office of Curtis Van De Veld |
| SERVED ON (PRINT NAME)<br>Jammie Dang (c/o Curtis Van Or Veld) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☑ NO  AMOUNT $ | |
| SERVED BY (PRINT NAME)<br>Edward G. Perez | | TITLE<br>Special Process Server | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   Aug. 7, 2008
                    DATE

SIGNATURE OF SERVER

P.O. Box 1747 Hagatna
ADDRESS OF SERVER

Guam 96932

ADDITIONAL INFORMATION

$75.00 Svc. Charge