AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Guam

UNITED STATES OF AMERICA,
               Plaintiff,
      V.

DUANE ANTHONY CALVO,
               Defendant.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: CR05-00016

**FILED**
DISTRICT COURT OF GUAM
AUG 0 7 2008
JEANNE G. QUINATA
Clerk of Court

TO: Sgt. John P. Aguon
       Guam Police Department

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | COURTROOM<br>413 |
| --- | --- |
| | DATE AND TIME<br>08/08/08 @ 1:30 p.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ANY AND ALL RECORDS, REPORTS OR OTHER DOCUMENTS PREPARED BY YOU CONCERNING DUANE ANTHONY CALVO.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Jeanne G. Quinata, Clerk of Court<br>(By) Deputy Clerk | DATE<br>AUG 0 7 2008 |
| --- | --- |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Peter C. Perez, Esq.
Lujan Aguigui & Perez, LLP, DNA Bldg., Ste. 300, 238 Archbishop Flores St., Hagatna, Guam; (671) 477-8064

ORIGINAL

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 8/7/2008 | PLACE Dededo precinct |
| SERVED | DATE Aug 7, 2008 | PLACE Dededo Precinct |
| SERVED ON (PRINT NAME) SGT. JOHN P. AGUON | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☑ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) EDWARD G. PEREZ | | TITLE SPECIAL PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   8-7-08
                    DATE

SIGNATURE OF SERVER

P.O. Box 1747 Hagatna
ADDRESS OF SERVER
Guam  96932

ADDITIONAL INFORMATION

$75.00 svc fee