# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00016-001   DATE: August 08, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber   Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos   Electronically Recorded: 1:38:43 - 2:48:43
                                                              3:10:05 - 4:50:01

**APPEARANCES:**
Defendant: Duane Anthony Calvo   Attorney: Peter C. Perez
☑Present ☑Custody ☐Bond ☐P.R.   ☑Present ☑Retained ☐FPD ☐CJA
U.S. Attorney: Karon Johnson   U.S. Agent: Thanh Churchin, DEA
U.S. Probation: Maria Cruz
Interpreter:   Language:

**PROCEEDINGS: Resentencing**
- Witnesses sworn and examined; exhibits marked and admitted.
  Court unsealed matters contained on disks relating to CR-03-00095.
- Re-sentencing continued to August 20, 2008 at 9:00 AM
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| **DUANE ANTHONY CALVO** | Case Number: **CR-05-00016-001** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **Frances M. Tydingco-Gatewood** | **Karon Johnson** | **Peter C. Perez** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **August 8, 2008** | **Wanda Miles** | Carmen B. Santos |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | A | | 8/8/08 | 8/8/08 | | LAP00031-00034 |
| | | 36 | | 8/8/08 | | Report from Griffith |
| | | 37 | | | | Hand Written Notes (Duane Calvo) |
| | | | | | | **3:24:35 PM - Thu Loan Thai (Kimmie) Dang called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | B | | 8/8/08 | 8/8/08 | | Purple Notebook |
| | | | | | | CX by Mr. Perez |
| | B | | | 8/8/08 | | Purple Notebook |
| | A | | | | 8/8/08 | LAP00031-00034, offered by the government, admitted without objection |
| | | | | | | 3:47:45 Witness Dang excused |
| | | | | | | **3:49:42 PM - Curtis Charles Van de veld called and sworn** |
| | | | | | | DX by Mr. Perez |
| | | | | | | CX by Ms. Johnson |
| | | | | | | Re-DX by Mr. Perez |
| | | | | | | **4:28:45 PM - John Patrick Blas Aguon, called and sworn** |
| | | | | | | DX by Mr. Perez |
| | | | | | | CX by Ms. Johnson |
| | | | | | | Re-CX by Mr. Perez |