# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## RESENTENCING

CASE NO.: CR-05-00016-001                    DATE: August 20, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 9:13:19 - 10:10:00
                                                                 10:24:49 - 10:59:15

**APPEARANCES:**

Defendant:   Duane Anthony Calvo              Attorney:   Peter C. Perez
☑ Present  ☑ Custody  ☐ Bond  ☐ P.R.         ☑ Present  ☑ Retained  ☐ FPD  ☐ CJA
U.S. Attorney: Karon Johnson                  U.S. Agent:
U.S. Probation: Maria Cruz/Carleen Borja

**PROCEEDINGS: Resentencing**
- Exhibits marked -- see attached Exhibit and Witness List.
- Mr. Perez and Ms. Johnson argued their position as to defendant's sentence. Ms. Johnson stated that the defendant should receive a sentence of not more than 9 years.
- The Court continued the hearing until such time that Ms. Johnson is able to have the agents present and Mr. Perez is available. Ms. Johnson to inform the clerk of the agreed upon date.

NOTES: Court informed parties that she is acquainted with Mr. Calvo's parents and found that there is no conflict. Parties had no objection.

# UNITED STATES DISTRICT COURT

| IN THE | DISTRICT OF | GUAM |
|--------|-------------|------|

**United States of America**

**V.**

**Duane Anthony Calvo**

## EXHIBIT AND WITNESS LIST

Case Number: **CR-05-00016-001**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|-----------------|----------------------|----------------------|
| **Frances M. Tydingco-Gatewood** | **Karon V. Johnson** | **Peter C. Perez** |

| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|------------------|----------------|------------------|
| **August 20, 2008** | **Wanda M. Miles** | **Virginia T. Kilgore** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|-----------|----------|----------|--------------|-----------------|---------------|-----------------------------------------|
| | | 36A | | 8/20/08 | | Plea Agreement of Kong Kwok Chan aka Ken Chan |
| | | 37A | | 8/20/08 | | Judgment re Kong Kwok Chan aka Ken Chan |
| | | 38 | | 8/20/08 | | Page 7 of Presentence Invesigation Report re Kong Kwok Chan aka Ken Chan |
| | | 39 | | 8/20/08 | | Page 4 of Presentence Invesigation Report re Kong Kwok Chan aka Ken Chan |
| | | 40 | | 8/20/08 | | Duane Calvo Sentencing Disparity |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page -1-