duanecalvo.notice

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES NOTICE** |
| vs. | ) | **CONCERNING WITNESS** |
| | ) | **AVAILABILITY** |
| DUANE ANTHONY CALVO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to court order, this is to advise the court that DEA S/A Paul Griffith will be available until September 20, 2008, and that DEA S/A Jon Anderson will be available the entire month of September.

Respectfully submitted this __2nd__ day of September, 2008.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

                             By:   /s/ Karon V. Johnson
                                            KARON V. JOHNSON
                                            Assistant U.S. Attorney