# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DUANE ANTHONY CALVO,<br><br>    Defendant. | Criminal Case No. 05-00016<br><br>**ORDER** |

The continued re-sentencing hearing in this matter is scheduled for September 17, 2008 at 10:00 a.m. The court hereby orders that DEA Special Agent Jon Anderson and DEA Special Agent Paul Griffith, the two agents who were assigned to the above captioned case, be present.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Sep 04, 2008**