LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES MOTION FOR** |
| vs. | ) | **WITNESSES TO APPEAR** |
| | ) | **ELECTRONICALLY** |
| DUANE ANTHONY CALVO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States hereby moves this Honorable Court to allow DEA Special Agents Jon Anderson and Paul Griffith to appear by teleconference and by telephone, for the reasons set forth in the attached declaration of counsel.

Respectfully submitted this  9th  day of September, 2008.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and NMI


                       By:   /s/ Karon V. Johnson
                              KARON V. JOHNSON
                              Assistant U.S. Attorney

DECLARATION

1) I am the prosecuting attorney in this case, and contacted DEA Resident Agent Antonio Marquez about when DEA Special Agents Jon Anderson and Paul Griffith could appear for sentencing. Agent Marquez told me today that he had forwarded that request to his superiors, who indicated it would be very difficult for DEA to pay to bring these agents to Guam at this time. It is the end of the fiscal year, and there is no money allocated for such expenses. In addition, Congress has not passed a budget for 2009, and they anticipate that DEA will be operating on a continuing resolution at least for the first fiscal quarter of 2009, which means the agency will be under severe fiscal restraints.

2) Therefore, Agent Marquez asked me to request that the court allow these witnesses to appear electronically. S/A Anderson would try to use the teleconference equipment in the U.S. Attorney's Office in Los Angeles to appear by video. S/A Griffith has advised that the DEA office in Malaysia does not have such equipment, and asks that he be allowed to appear by telephone conference.

Respectfully submitted this 9th day of September, 2008.

                                          /s/ Karon V. Johnson
                                          KARON V. JOHNSON
                                          Assistant U.S. Attorney